**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **WYTERIA SIMS,** | ) | |
| **INDIVIDUALLY, AND O/B/O** | ) | |
| **THE ESTATE OF MARCUS** | ) | **CIVIL ACTION FILE NO.** |
| **SIMS,** | ) | |
| | ) | **1:22-cv-01696-VMC** |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **KEIONTAY DAVIS,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | **1:22-cv-01692-VMC** |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **KENNETH LONG,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | **1:22-cv-01693-VMC** |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DEMARIO NEWTON,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | **1:22-cv-01694-VMC** |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **RICKY PHILLIPS,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | **1:22-cv-01695-VMC** |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## DEFENDANT'S DISCLOSURE OF EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(A) and (B)

COMES NOW Defendant Wingate Management Company, LLC ("Wingate") and hereby identifies Karim H. Vellani, CPP, CSC as an expert witness who may testify at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Wingate attaches hereto the expert report of Mr. Vellani pursuant to Fed. R. Civ. P. 26(a)(2)(B).

This 29th day of April, 2024.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:    */s/  Lauren D. Woodrick*_____
Lee Clayton
Georgia State Bar No. 601004
Lauren D. Woodrick
Georgia State Bar No. 324394
*Attorneys for Defendant*
*Wingate Management Company, LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Phone:  (404) 874-8800
Fax:  (404) 888-6199
lee.clayton@swiftcurrie.com
lauren.woodrick@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Defendant's Disclosure of Expert Witness** upon all parties to this matter via electronic service to all counsel of record as follows:

Lee Gutschenritter
David H. Bouchard
Gabe Knisely
Finch McCranie, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, GA 30303
lee@finchmccranie.com
david@finchmccranie.com
gabe@finchmccranie.com

Isaac Tekie
Thomas Reynolds
Reynolds Law Group, LLC
3390 Peachtree Road, Suite 1100
Atlanta, GA 30326
itekie@thomasreynoldslaw.com
treynolds@thomasreynoldslaw.com

Jackson Dial, Esq.
Melissa Peeler, Esq.
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
mpeeler@wwhgd.com
jdial@wwhgd.com

This 29th day of April, 2024.

                    **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                    By:    */s/  Lauren D. Woodrick*_____
                           Lee Clayton
                           Georgia State Bar No. 601004
                           Lauren D. Woodrick
                           Georgia State Bar No. 324394
                           *Attorneys for Defendant*
                           *Wingate Management Company, LLC*

1420 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309
Phone:  (404) 874-8800
Fax:  (404) 888-6199
lee.clayton@swiftcurrie.com
lauren.woodrick@swiftcurrie.com

4886-9595-7690, v. 1