

April 29, 2024


Lauren Woodrick, Attorney at Law
Lee Clayton, Partner
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree St., NE, Suite 800
Atlanta, GA 30309


   Re: *Newton, et al. v. Wingate Management Company, LLC*

Dear Ms. Woodrick and Mr. Clayton:

Please find attached my report in the above referenced matter.  This report may be supplemented as additional discovery is made available and other case activity is completed.

In arriving at my opinions in this case, I adhered to the consensus-based, published, and peer-reviewed *Forensic Methodology* (Appendix B) promulgated by the International Association of Professional Security Consultants.


Respectfully submitted,

Karim H. Vellani, CPP, CSC

## Table of Contents

QUALIFICATIONS .................................................................................... 3

MATERIALS RECEIVED ........................................................................... 5

BACKGROUND ........................................................................................ 8

CRIME PREVENTION ............................................................................. 12
    **Governance** ...................................................................................... 13
    **Physical Security** ............................................................................ 19
    **Personnel** ......................................................................................... 21

OPINIONS ............................................................................................... 30

PUBLICATIONS AND PRESENTATIONS ............................................... 32

TESTIMONIAL HISTORY ........................................................................ 40

COMPENSATION ................................................................................... 47

APPENDIX A:  Curriculum Vitae of Karim Vellani ................................. 48

APPENDIX B:  Forensic Methodology .................................................... 63



## QUALIFICATIONS

Karim H. Vellani is the President of Threat Analysis Group, LLC, an independent security consulting firm. Karim is Board Certified in Security Management (CPP), a Board-Certified Security Consultant (CSC), and has over 29 years of security management, crime analysis, and forensic security consulting experience. He has a bachelor's degree in Criminal Justice with a specialization in Law Enforcement and a master's degree in Criminal Justice Management. He is the author of three books, Applied Crime Analysis, Strategic Security Management, Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime, and has contributed to a number of other security related books and journals. Karim serves on various research teams conducting evidence-based research on violent crime prevention, workplace violence, sex trafficking, and use of force.

As an independent security management consultant, Karim has been retained by Fortune 500 companies and government agencies. He has extensive experience in risk management and security force protection and provides consultation on a regular basis at government, commercial, and residential facilities across the nation. Karim has worked on projects ranging from data centers, hospitals and healthcare facilities, houses of worship, manufacturing facilities, financial institutions, retail stores, shopping centers and malls, hotels and motels, office buildings, and residential housing (including Section 8).

For 11 years, Karim was responsible for managing the quality control/assurance function for United States Department of Homeland Security's (DHS) protection force at federal government buildings in 23 states including Mississippi, Alabama, West Virginia, California, Montana, North Dakota, South Dakota, Wyoming, Utah, Nevada, North Carolina, Tennessee, Arizona, Kentucky, Illinois, Washington, Idaho, Texas, Oklahoma, Florida, South Carolina, Rhode Island, and Massachusetts.

Karim specializes in crime analysis and security risk assessment and mitigation. He developed a crime analysis methodology that utilizes the Federal Bureau of Investigation's (FBI) Uniform Crime Report coding system and a proprietary software application called CrimeAnalysisTM. The software allows end users to identify specific threats, select appropriate countermeasures, and reduce their risk. The methodology was originally published in Applied Crime Analysis and evolved in Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime. Since developing the crime analysis methodology, Karim has assessed crime threats at thousands of facilities. Karim has also developed a Security Risk Assessment Methodology for Healthcare Facilities and Hospitals. In 2009, the International Association of Healthcare Security and Safety (IAHSS) published its Security Risk Assessment Guideline, which was authored by Karim at the request of IAHSS. In 2023, he authored the IAHSS guideline on Human Trafficking Victim Identification and Response. Karim was also a Technical Committee Member on the Risk Assessment Standard Development Committee for the American Society for Industrial Security - International (ASIS).



Karim also provides forensic security consulting services to insurance companies and the legal profession. In this work, Karim provides litigation support to attorney's and serves as an expert witness in security related lawsuits. As an Adjunct Professor at the University of Houston - Downtown, Karim taught graduate courses in Security Management and Risk Analysis for the College of Criminal Justice's Security Management Program. He has also trained Police and Security Officers in weapons and use of deadly force and profiling and assisted in the development of maritime security training curriculum compliant with ISPS Code and the United States Coast Guard under the Maritime Transportation Security Act. Karim instructs frequently for the International Association of Professional Security Consultants and ASIS-International.

Karim is a member of the International Association of Professional Security Consultants (IAPSC), ASIS-International, the American Society of Criminology (ASC), American Society of Evidence-Based Policing (ASEBP), the International Association of Crime Analysts (IACA), the International Association of Chiefs of Police (IACP), and the International Association for Healthcare Security & Safety (IAHSS). In the past, Karim served as President of the IAPSC, Director for the IAHSS Foundation and Chair of the Evidence-Based Research Committee. Currently, Karim serves on the IAPSC Forensic Committee and chairs the IAPSC's Evidence-Based Security Practices Committee.



**MATERIALS RECEIVED**

I reviewed the materials listed below:

1. Plaintiffs' Complaints

2. Defendants' Answers

3. Various Discovery (Rogs, RFP, RFA, etc.)

4. 6-30-20 Shooting Screenshots

5. 6-30-20 Shooting Video and Audio

6. Atlanta Police Department Report No. 20-182-0072-00

7. Defendant Doc Productions, Video, Audio

8. Plaintiffs Doc Productions

9. ORR

10. Police Reports Received by Def in Real Time

11. Bedford Pines Addresses

12. Bedford Pines Map

13. Belknap Timeline of Shootings

14. Deposition of Dottie Davis (Expert)

15. Deposition of Keiontay Davis

16. Deposition of Kenneth Long

17. Deposition of DeMario Newton

18. Deposition of Ricky Phillips

19. Deposition of Rod Teachey

20. 30(b)(6) Depositions of Cynthia Bianco

21. Deposition of Carishma "Kelly" Young

22. Deposition of Jim Tate, Plaza Security



23. Deposition of Antoinnette Mitchell

24. Deposition of Bionca Woods

25. Deposition of Cathy Chatman

26. Deposition of Demetrius McNeal

27. Deposition of Donetta Coleman

28. Deposition of Jazzmine Mangham

29. Deposition of Kiarra Roland

30. Deposition of Marcus Chatman

31. Deposition of Naporro Roland

32. Depositions of Cynthia Bianco

33. Deposition of Alanna Robinson

34. Deposition of Devin Bean

35. Deposition of Santeba Seaborn

36. Deposition of Stephanie Lewis

37. Deposition of Tashika Boyd

38. Deposition of Tequilla Phillips

39. Deposition of Teshana Boyd

40. Deposition of Tiarra Shaneka Grigg

41. Deposition of Tyrius Walker

42. Deposition of Wesley Journey

43. Deposition of Douglas Little

44. Deposition of Justin Jackson

45. Deposition of Renato Anaya

46. Deposition of Roland Claud



47. Deposition of Ryan Jones

48. Social Media

49. State of GA vs. Kenneth Long NOI and Exhibits

50. HUD Lease used by Bedford Pines

51. Tenant House Rules

52. Bedford Pines Tenant Selection Plan

53. Property Activity Coordinator Job Description

54. Photographs of Signs installed on the property

55. Expert Report of Detective Mark A. Belknap

On April 25, 2024, I interviewed Kelly Young, Wingate's Regional Vice President over Bedford Pines and Sophia Hawk, current Bedford Pines Property Manager who worked at the property as an Administrative Assistant at the time of the Subject Incident. On April 26, 2024, I interviewed Carol Cooley, Property Activity Coordinator at Bedford Pines.



*Newton, et al. v. Wingate Management Company, LLC*

## BACKGROUND

The Village of Bedford Pines Apartments (hereinafter referred to as Bedford Pines) is a residential community in Atlanta, Georgia.  Bedford Pines is a Section 8 community classified as *Scattered Site Housing,*[1] that is, the community is a series of individual buildings divided into six phases with public streets and other properties between the phases and buildings. Individual buildings have been demolished and rebuilt.  As a result, the number of units has ranged from approximately 434 to 733 and approximately 557 units in 2020. The occupancy rate in 2020 was approximately 75%. Parking is available in small parking lots or on public streets throughout the area.[2][3][4][5]

Bedford Pines is managed by Wingate Management Company, LLC (hereinafter referred to as Wingate). Wingate had managed the property for over 20 years at the time of the Subject Incident. The Leasing Office was located at 496 Boulevard and was open Mondays, Tuesdays, Thursdays, and Fridays from 0800-1700 hours.  Wingate staff included a Property Manager, Assistant Property Manager, Leasing Manager, Occupancy Specialist, Receptionist, Business Manager, Resident Relations Manager, Property Activity Coordinator, 17 maintenance workers, and four groundskeepers. A Regional Vice President (Kelly Young) oversaw Bedford Pines.  Ms. Young is a Certified Apartment Manager (CAM)[6] and a Certified Apartment Portfolio Supervisor (CAPS). The Occupancy Specialist (Erica Resby) lived on the property at the time of the Subject Incident.[7][8][9] In addition, Wingate contracted with a security consulting firm (Plaza Security) to advise them on security for Beford Pines.

The Subject Incident is a murder and aggravated assault which occurred on Tuesday, June 30, 2020 at approximately 0107 hours (1:07am). The victims are identified as Marcus Sims (deceased), Ricky Phillips, Keiontay Davis, Kenneth Long, and Demario Newton.  The victims were shot on the exterior of the property next to a Bedford Pines building.  The shots were fired from two vehicles that were driving on a public street. Return fire was shot from a person or persons at or near the Bedford Pines building toward the suspect vehicles. Plaintiff Keiontay Davis was one of the people who returned

---

[1] https://www.huduser.gov/portal/publications/pubasst/scatter.html

[2] Young and Hawk Interview, 4/25/24

[3] Deposition of Cynthia Bianco 30(b)(6)

[4] Deposition of Renato Anaya

[5] Deposition of Douglas Little

[6] https://www.naahq.org/cam

[7] https://naahq.org/caps

[8] Young and Hawk Interview, 4/25/24

[9] Cooley Interview, 4/26/24



fire. All five men were known by APD to be associated with the Rollin' 60's NHC criminal street gang.[10] [11]

Empirical research has identified gang affiliation as a risky behavior. Criminology studies provide strong evidence that gang members participate in risky behaviors at a substantially higher rate than non-gang members. Gang members also commit violent offenses, such as aggravated assault, sexual assault, intimate partner violence, and robbery, more frequently. Gang affiliation has been shown to increase an individual's risk of victimization. Gang affiliation increased the odds of serious injuries from fighting by 284%.[12] [13] [14]

*Routine Activity Theory* is useful for explaining the basic components of crime. It posits that for a crime to occur, three necessary elements must converge in time: a motivated offender, a target/victim lacking guardianship, and a ***Place***.[15] This is illustrated via the inner triangle of the Problem Analysis Triangle below.

---

[10] Surveillance Video

[11] Expert Report of Detective Mark A. Belknap

[12] Gover, A. R., Jennings, W. G., & Tewksbury, R. (2009). Adolescent male and female gang members' experiences with violent victimization, dating violence, and sexual assault. American Journal of Criminal Justice, 34(1-2), 103–115

[13] Curry, G., & Spergel, I. (1992). Gang involvement and delinquency among Hispanic and African-American adolescent males. Journal of Research in Crime and Delinquency, 29(3), 273–291.; Battin, S. R., Hill, K. G., Abbott, R. D., Catalano, R. F., & Hawkins, J. (1998). The contribution of gang membership to Delinquency Beyond Delinquent Friends*. Criminology, 36(1), 93–116 Hill, K. G., Howell, J. C., Hawkins, J., & Battin-Pearson, S. R. (1999). Childhood risk factors for adolescent gang membership: Results from the Seattle Social Development Project. Journal of Research in Crime and Delinquency, 36(3), 300–322.; Curry, G. D. (2000). Self-reported gang involvement and officially recorded delinquency. Criminology, 38(4), 1253–1274.

[14] Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants..

[15] Cohen, L. E., & Felson, M. (1979). Social Change and Crime Rate Trends: A Routine Activity Approach. American Sociological Review, 44(4), 588–608. https://doi.org/10.2307/2094589





While the inner triangle shows the necessary components that need to converge in time for a crime to occur, the outer triangle shows *Controllers*. Controllers can influence crime prevention. Controllers may have a direct impact on the crime, but more often have an indirect role in crime. There are three types of Controllers: Handlers, Guardians, and Place Managers. *Place Managers* (e.g. homeowner, property manager, etc.) control *Places*. *Handlers* (e.g. parents, probation officers, society, etc.) influence *Offenders*. *Guardians* (e.g. oneself, bystanders, neighbors, etc.) protect *Victims*. Most guardianship is self-guardianship, that is, people taking action to protect themselves.[16] Engaging in risky behaviors is not in furtherance of self-guardianship.

Based on all available evidence, the Subject Incident can be classified as gang-related, *Targeted Violence* and part of a series of *Violent Retaliatory Disputes*. *Targeted Violence* is an act of aggression or harm deliberately directed towards specific individuals or groups. This type of targeted violence may also be referred to as *Victim-Targeted Violence*. *Targeted Violence* is difficult to anticipate based on the condition of a property because it is the product of preexisting animosities. A *Violent Retaliatory Dispute* is an interaction involving conflict over a period of time between two or more individuals and/or people associated with them marked by two or more events involving confrontation or

---

[16] Sampson, R., Eck, J. & Dunham, J. Super controllers and crime prevention: A routine activity explanation of crime prevention success and failure. Secur J 23, 37–51 (2010). https://doi.org/10.1057/sj.2009.17



intimidation in which at least some of those events involve violent acts or credible threats of violence.[17] [18] [19] [20] [21] [22] [23] [24] [25] [26] [27]

---

[17] Army, Christine, & Vellani, Karim H. (2021). Violent Crime Typology and Continuum. CrimRxiv. https://doi.org/10.21428/cb6ab371.71ec923d

[18] Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants..

[19] Expert Report of Detective Mark A. Belknap

[20] Klofas, J., Altheimer, I., & Petitti, N. (2019). Retaliatory violent disputes. Problem-Oriented Guides for Police, Problem-Specific Guide Series, No. 74.

[21] Deposition of Tequilla Phillips

[22] Deposition of Teshana Boyd

[23] Deposition of Tiarra Shaneka Grigg

[24] Deposition of Santeba Seaborn

[25] Deposition of Kiarra Roland

[26] Deposition of Jim Tate

[27] Gotham, Kevin Fox and Daniel Bruce Kennedy (2019). Practicing Forensic Criminology. Academic Press.



## CRIME PREVENTION

Evidence-based security is the use of research, data, and analysis to inform security decisions. Research that addresses the efficacy of crime prevention measures is more useful than studies that address prevalence of those measures. Efficacy is the ability of crime prevention measures to produce the desired result (i.e., crime reduction).[28] Prevalence, on the other hand, refers to the ubiquity of an intervention. "Even with a very high relative risk of crime, it is possible for security measures to be adequate and reasonable."[29] That is, not all crime can be prevented.

In the security field, there are three general types of countermeasures which are taken to mitigate security risks:  Governance (policies, procedures, training, protocols), physical security measures, and security personnel.  Some places are able to mitigate risk using governance only.  Others utilize both governance and physical security.  Some utilize all three elements.



The security program at Beford Pines used all three elements.

---

[28] Tompson , L., Belur, J., Thornton, A., Bowers, K. J., Johnson, S. D., Sidebottom, A., Tilley, N. & Laycock, G. (2020). How strong is the evidence base for crime reduction professionals? Justice Evaluation Journal, 4(1), 68-,97. https://doi.org/10.1080/24751979.2020.1818275

[29] Sherman, Lawrence W. (1989). Violent Stranger Crime at a Large Hotel: A Case Study in Risk Assessment. Security Journal 1:40-46.



## Governance

Bedford Pines documented security incidents via an online portal called RMIS.  They documented personal injury and property damage. The reports were reviewed by the Property Manager and Regional Vice President. The security consulting firm, Plaza Security, also used an internal reporting system and would email reports to Wingate. In addition, the Atlanta Police Department (APD) sent Bedford Pines management weekly reports of crime on and around the property. These are good practices.[30] [31]

Wingate staff testified that a formal security risk assessment had not been completed for Bedford Pines. However, informal security risk assessments were completed which resulted in a written security plan and the ongoing retention of a security consulting firm. Wingate staff also met with APD leaders and the Atlanta Police Foundation on a consistent basis to address crime issues at and near Bedford Pines. Wingate staff provided video surveillance recordings to APD upon request.  Similarly, Wingate provided the Bedford Pines rent roll upon APD request, though a subpoena was required for the rent roll.[32] [33] [34] The security program, as documented in this report and the evidence in this matter, clearly demonstrate that a security risk assessment was conducted and re-evaluated on an ongoing basis.

Bedford Pines used a HUD model lease. The shortest lease term was one year. Subletting was prohibited.  "House Rules" included security provisions and were part of the lease.  Residents were required to acknowledge and sign the House Rules. Security provisions within the House Rules addressed the following issues:

- Guest policy
- Communications
- Key control
- Access control
- Noise violations
- Parking
- Abandoned/Inoperable vehicles
- Consumption of alcohol in common areas
- Loitering

---

[30] Deposition of Carishma "Kelly" Young

[31] Young and Hawk Interview, 4/25/24

[32] Young and Hawk Interview, 4/25/24

[33] Deposition of Cynthia Bianco 30(b)(6)

[34] Deposition of Carishma "Kelly" Young



▪ Lease violations[35] [36] [37]

A potential security issue in rental housing is leasing units to people with criminal backgrounds.  Wingate addressed this via criminal background investigations of prospective residents and a criminal background investigation conducted at lease renewal.  This process is outlined in the Bedford Pines Tenant Selection Plan which was approved by HUD[38] [39] and states the following:

*(1)* **Criminal Activity***: Management has established a policy to reject all applicants evicted for drug related criminal activity. The activities that will be grounds for rejection of an application are as follows:*

    *a.  Any conviction that involved injury to a person or property.*

    *b.  Any conviction for the sale, distribution or manufacture of any controlled or illegal substance*

    *c.  Any current illegal user, or addict of a controlled or illegal substance.*

    *d.  Any act which results in the person's tenancy constituting a threat to the health or safety of other individuals, result in substantial physical damage to the property of others, or interfere with the peaceful and quiet enjoyment of the premises.*

    *e.  Any conviction for any sexual offense.*

    *f.  Any conviction that involved bodily harm to another person.*

    *g.  Eviction for drug related criminal activity: If the applicant or any household member has been evicted from federally assisted housing for drug related criminal activity in the past three (3) years, the application will be rejected.*

    *h.  Alcohol Abuse: If a determination is made that the applicant or any household member's abuse, or pattern of abuse, of alcohol interferes with the health, safety or right to peaceful enjoyment of the premises by other residents, the application will be rejected.*

---

[35] Young and Hawk Interview, 4/25/24

[36] HUD Model Lease

[37] Bedford Pines House Rules

[38] Young and Hawk Interview, 4/25/24

[39] Tenant Selection Plan



i.  *Illegal Drug Use: If the Applicant or any household member is currently engaged in illegal use of a drug or shows a pattern of illegal use that may interfere with the health, safety, or right to a peaceful enjoyment by other residents, the application will be rejected*

j.  *Sex Offenders: If an applicant or any household member has a conviction for any sexual offense, the application will be rejected. If the applicant or any household member is subject to a lifetime registration requirement under a State sex offender registration program, the application will be rejected.*

k.  *Any conviction which involved bodily harm, the application will be rejected.*

l.  *Alcohol Abuse: If a determination is made that the applicant or any household member's abuse, or pattern of abuse, of alcohol interferes with the health, safety or right to peaceful enjoyment of the premises by other residents, the application will be rejected*

m.  *Other criminal activity that would threaten the health or safety of the Housing Authority or Owner or any site employees, contractor, sub-contractor or agent of the Housing Authority who is involved in the housing operations.*

n.  *Any applicant and/or household member(s) with a felony arrest, a prostitution arrest or any drug related arrests convictions would be denied housing.*

o.  *We determine that:*

    1) *Any household members that are currently engaged in illegal use of a drug, or*

    2) *We have cause to believe that a household member's illegal use or a pattern of illegal use of a drug may interfere with the health, safety or right to peaceful enjoyment of the premises by other residents.*

p.  *Management reserves the right to require criminal background check at each recertification. Management will do criminal background checks at recertifications and if in receipt of credible and verifiable information regarding criminal activity, your lease will be terminated.*

q.  *Management reserves the right to conduct background checks at each recertification to determine if tenants or any member of the tenant's household, including juveniles, are subject to a <u>Lifetime State Sex Offender Registration program</u> in any state. If screening reveals that the tenant or a*



*member of the tenant's household is subject to a Lifetime Sex Offender Registration requirement, the tenant's lease will be terminated immediately.*

**r.  Management will take mitigating circumstances into consideration when reviewing derogatory information. Where management "may deny" admission to a household on a criminal conviction or pending criminal change, management will conduct an individual assessment of the criminal record and its impact on the household's suitability for admission. The individual assessment will include consideration of the following factors: (1) the seriousness of the criminal offense; (2) the relationship between the criminal offense and the safety and security of residents, staff, or property; (3) the length of time since the offense, with particular weight being given to significant periods of good behavior; (4) the age of the household member at the time of the offense; (5) the number and nature of any other criminal convictions; (6) evidence of rehabilitation, such as employment, participation in a job training program, education, participation in a drug or alcohol treatment program, or worker, or community leader; and (7) tenancy supports or other risk mitigation services the applicant will be receiving during tenancy. The applicant has the opportunity to dispute the accuracy and relevance of the information obtained from any law enforcement agency.**

Trespassing on Bedford Pines property was addressed by Atlanta Police Officers.  Police Officers issued trespass citations on the property. Police Officers provided documentation to Wingate.  Wingate stored the trespass citations in a binder and shared this information with Bedford Pines staff and the security team.  Loitering was prohibited on Bedford Pines property by way of a lease provision and signage posted on the property.  In response to loitering, Bedford Pines staff and/or the security team would disperse the loiterers. Residents were discouraged from "hanging out" outside the residential units for long periods of time. Repeat behavior was considered grounds for eviction. Throwing a party would also be a lease violation. If there was a subject selling food and drinks out of truck on the premises, and people came to purchase the food and drinks and were "hanging out," that would be considered loitering and/or trespassing.[40] [41] [42]

Residents were required to have parking stickers on vehicles.  Guests parked on the public streets throughout the area.  Bedford Pines staff and/or the security team enforced the parking sticker requirement.[43]

---

[40] Deposition of Carishma "Kelly" Young

[41] Young and Hawk Interview, 4/25/24

[42] Deposition of Cynthia Bianco

[43] Young and Hawk Interview, 4/25/24



Unauthorized residents were prohibited by lease. Bedford Pines endeavored to identify unauthorized residents by way of unit inspections and maintenance requests, reports from other residents, observations while walking the property, and reports provided by Police Officers. If a resident had an unauthorized resident, Bedford Pines issued a lease violation.  Three violations lead to a lease termination.[44]

Wingate created a *Property Activity Coordinator* position in March or April 2020.  The purpose of this position is to manage many of the *operational security measures* discussed in this section of the report.  Specifically, the *Property Activity Coordinator is a liaison between management, residents, security and other third parties to ensure that the property's policies, procedures, and lease terms are followed*.[45]  According to the Job Description, the primary responsibilities of the *Property Activity Coordinator* position were to:

- Oversee all resident activity throughout assigned portfolio
- Walk residential units and common areas
- Process lease terminations
- Conduct grievance hearings
- Hold building meetings
- Coordinate and work closely with Security Officers of the property
- Maintain records of all criminal activity/police reports
- Maintain records of any criminal trespassing
- Obtain video surveillance when requested
- Appear in court as needed
- Maintain positive relationships with residents to ensure that communication between residents and community representatives is open and effective

In conjunction with these responsibilities, the Property Activity Coordinator's security-related tasks included ensuring that residents followed house rules (e.g. unauthorized residents, illegal activity, etc.) by way of inspections of residential units and interior common areas.  Evidence of criminal or drug activity resulted in an immediate lease termination.  Non-criminal issues (e.g. unauthorized residents) were managed via lease violations with three lease violations resulting in a lease termination. Additionally, the Property Activity Coordinator hosted Building Meetings with residents to discuss lease provisions (e.g. guest policy, unauthorized residents), house rules, and security issues. The meetings occurred in 2020 but occurred more frequently starting in 2021 (after the Subject Incident). The Property Activity Coordinator also worked closely with the security team (Plaza Security and APD) to ensure that APD was on-site when scheduled.  The Property Activity Coordinator provided APD with information to assist them in focusing

---

[44] Young and Hawk Interview, 4/25/24

[45] Property Activity Coordinator Job Description



their efforts. As described, this part of the role is similar to what crime and intelligence analysts do for police departments. When used by police departments (e.g. New York Police Department's CompStat program), this strategy has proven to be effective in preventing crime. Further, the Property Activity Coordinator maintained the data provided by APD and reviewed police reports to determine if a resident was involved. If a resident was involved, as indicated by the police report, a lease violation or termination was issued. The Property Activity Coordinator also undertook efforts to maintain and review the criminal trespass records to determine if a trespasser went into a unit. When this occurred, the resident was issued a lease violation.[46] [47] The implementation of a Property Activity Coordinator with these duties exceeds the standard of care and practices of the residential housing industry.

Bedford Pines provided social service programs for residents via a non-profit called Operation Peace. Social service programs are in furtherance of the social dimension of Crime Prevention Through Environmental Design (CPTED). Plaza Security had a hotline for residents to report crimes and concerns via phone or text. [48] [49] [50] The hotline is a good practice and in furtherance of *Collective Efficacy*. The use of social service programs and a hotline exceeds the standard of care and practices of the residential housing industry. Further, Bedford Pines encouraged residents and the residents neighboring properties to engage in *Collective Efficacy*, a crime prevention strategy that has proven to be effective at reducing crime.[51] [52] [53] [54] As explained by Plaza Security's Jim Tate:

> *…we'd spend time visiting the other residents within the community whose properties are -- abut Bedford Pines because early on one of the big hurdles we had was the community at large was very anti-Bedford Pines, and we -- because they didn't know what -- they had no information. So our -- part of our job would be to go visit with them and say, Hey, tell me about what you see, you know. And then we'd explain to them what steps are being taken and what the plan moving forward is and kind of develop that relationship and encourage them to, you know, help be part of the solution.*

---

[46] Cooley Interview, 4/26/24

[47] Young and Hawk Interview, 4/25/24

[48] Young and Hawk Interview, 4/25/24

[49] Deposition of Jim Tate

[50] Deposition of Renato Anaya

[51] Lanfear, C. C. (2022). Collective efficacy and the built environment. Criminology, 60, 370–396. https://doi.org/10.1111/1745-9125.12304

[52] Cooley Interview, 4/26/24

[53] Young and Hawk Interview, 4/25/24

[54] Deposition of Ryan Jones



*If you see something, speak up, say something. We want this to be a community effort.*

*Well, because as part of our efforts to reach out to our neighboring communities, one of the things that we offered them to do was to sign a -- basically a power of attorney which gave us the ability to issue criminal trespass on their property on their behalf. It prevented them from going into a full -- having to pay for a full security team.*[55]

## Physical Security

Signs were installed on Bedford Pines property to prohibit loitering and trespassing. Other signs installed on the property stated that video surveillance was in use and that parking permits were required. This is a good practice as it communicates risk to would-be offenders and also aids Police Officers in issuing criminal trespass citations.[56] [57] [58] [59]

Bedford Pines was equipped with video surveillance. The cameras were not monitored in real-time by dedicated personnel, but cameras could be monitored by staff as needed. Some cameras could be monitored by the Atlanta Police Department. Video surveillance was retained for 30 days.[60] [61] [62] [63] [64]

Exterior lighting on the Bedford Pines was upgraded to LED upon Plaza Security's recommendation. Much of the LED upgrade was accomplished in 2019, prior to the Subject Incident. Lighting was controlled by photocells. Lighting inspections were conducted at least once per month to ensure it was functional. Work orders were written

---

[55] Deposition of Jim Tate

[56] Photographs of Signs installed on the property

[57] Deposition of Carishma "Kelly" Young

[58] Young and Hawk Interview, 4/25/24

[59] Deposition of Cynthia Bianco

[60] Deposition of Carishma "Kelly" Young

[61] Video Surveillance (Subject Incident)

[62] Young and Hawk Interview, 4/25/24

[63] Deposition of Cynthia Bianco

[64] Deposition of Jim Tate



for inoperable lights controlled by Wingate (wall packs). Light poles were controlled by Georgia Power and inoperable ones were reported to Georgia Power.[65] [66] [67]

Controlling access by way of fences and gates at Bedford Pines would be challenging given the fact that the property was spread out (scattered) throughout a community with public streets and other properties. Cynthia Bianco, Senior Vice President at Wingate, sent two letters and had a follow-up conversation with a City of Atlanta representative who was the Director of Parks. She asked him to close nearby Peace Park from dawn to dusk. Bianco had also asked the City to implement a no-parking policy on Parkway, so cars couldn't be parked there and hanging out.[68] [69] [70] [71]

Evidence-based research has shown that closing public streets is effective against violent crime, including drive-by shootings. Eight studies addressing violence and public street closures, found them to be effective, including:

1. Clarke, R. V. G. Closing Streets and Alleys to Reduce Crime Should You Go down This Road? [Updated ed.]. Washington, D.C: U.S. Dept. of Justice, Office of Community Oriented Policing Services, 2004.

2. Dayton Office of Management and Budget (1994). Evaluation of the Five Oaks Neighborhood Stabilization Plan. Dayton, Ohio: City of Dayton.

3. Vernon, R.L. and J.R. Lasley (1992). Police/Citizen Partnerships in the Inner City. FBI Law Enforcement Bulletin 61(5):18-22.

4. Lasley, J. (1998). Designing Out Gang Homicides and Street Assaults. Washington, D.C.: U.S. National Institute of Justice.

5. Zavoski, R., G. Lapidus, T. Lerer, G. Burke, and L. Banco (1999). Evaluating the Impact of a Street Barrier on Urban Crime. Injury Prevention 5(1):6568.

6. Markoe, L. (2000). Barricades Are Unpopular, But Crime Rate Falls. Charlotte-Observer, Oct. 14, 1B, 4B.

---

[65] Deposition of Carishma "Kelly" Young

[66] Young and Hawk Interview, 4/25/24

[67] Deposition of Jim Tate

[68] Deposition of Cynthia Bianco

[69] Deposition of Rod Teachey

[70] Google Earth

[71] Young and Hawk Interview, 4/25/24



7.  Wagner, A. (1997). A Study of Traffic Pattern Modifications in an Urban Crime Prevention Program. Journal of Criminal Justice 25(1):1930.

8.  Atlas, R., and W. LeBlanc (1994). The Impact on Crime of Street Closures and Barricades: A Florida Case Study. Security Journal 5(3):140145.

In 2017, the Cincinnati Police Department won the Herman Goldstein Award for their project on Place-*based Investigations of Violent Offender Territories* (PIVOT). This project included street closures.[72] It is likely that the crime risk at Bedford Pines could have been reduced if the City of Atlanta closed some of the public streets around Bedford Pines and engaged in a more comprehensive strategy for managing violent offenders.

Residential units at Bedford Pines were equipped with keyed deadbolts, handle locks, and door viewers (peepholes). Windows were equipped with locks. Secondary window locks were also installed on some unit windows based on the design of the window. Residents were authorized to install intrusion detection (burglar) systems. Vacant apartment units are inspected for unauthorized access on at least a weekly basis, but often more frequently because maintenance staff were preparing the units for the next resident.[73] The physical security of Bedford Pines residential units met the standard of care of the residential housing industry.

**Personnel**

Bedford Pines used a hybrid security personnel program. The hybrid program included a Property Activity Coordinator, a contracted security consulting firm (Plaza Security), and contracted off-duty Atlanta Police Department (APD) Officers (collectively referred to as the security team). As the contracted security consulting firm, Plaza Security made recommendations to Wingate. Plaza Security recommended against the use of unarmed Security Officers at Bedford Pines. Plaza Security also recommended against the use of armed Security Officers at Bedford Pines. As a result, Wingate did not use Security Officers except in short term situations. Plaza Security recommended to Wingate that only off-duty Police Officers should work at Bedford Pines. Further, Plaza Security provided input to Wingate on other aspects of the security program at Bedford Pines. As a result, Wingate provided the security team with a security office, GPS radios to track Officer movements on the property and a vehicle that resembled a police car (2016 Ford Taurus). The security cameras could be accessed from this location. Police Officers had a take-home patrol vehicle which were sometimes parked on the property. APD Officer Renato Anaya testified that believes the presence of patrol vehicles at the location is a

---

[72] Cincinnati Police Department (2017). Place-based Investigations of Violent Offender Territories. https://popcenter.asu.edu/sites/default/files/17-15.pdf

[73] Young and Hawk Interview, 4/25/24



deterrent to crime. Wingate also offered APD space for a police precinct on the property, but APD did not accept the offer.[74] [75] [76] [77] [78] [79]

Wingate had ongoing communications with APD regarding activities in the area and sought APD's recommendations. Wingate often asked APD to do more, which at one point led to APD parking a marked patrol vehicle near 633 Parkway. Rod Teachey, former Senior VP and Chief Development Officer at Wingate testified that sometime after January of 2019, he developed a color-coded map to show the Atlanta Police Foundation to discuss how they could deploy more on-duty Police Officer patrols around specific areas of the premises. This was confirmed by Cynthia Bianco, Senior VP at Wingate who testified that in 2019, Rod Teachey prepared a map of Bedford Pines to share with the Atlanta Police Foundation, for purposes of requesting the PD to help mitigate crime in the area.[80] [81] [82]

Officer Anaya testified that off-duty Police Officers were at Bedford Pines 80 hours per week. Shifts are typically in four-hour blocks.  There were one to two off-duty Police Officers on duty at a time, depending on availability. APD tried to have two Police Officers at busier times. Police Officers patrolled the property, checked for unsecured door, inspected lighting, addressed trespassers, and looked for suspicious activity. Patrol was conducted mostly by vehicle.  Some Police Officers patrolled in their marked patrol vehicles, while others used the 2016 Ford Taurus owned by Bedford Pines. Officers also exited their vehicles to address issues. APD off-duty Police Officers would generally stay in areas where people tended to congregate or there was a history of problems.  In addition to the off-duty Police Officer(s), there was one on-duty Atlanta Police Officer in Beat 603 where Bedford Pines is located. Officer Anaya testified that in 2019 – 2020, there was a mini precinct in a hospital on Boulevard and a police team that concentrated on street-level narcotics, gangs, and quality of life. He stated that this was "tremendously helpful." Kenneth Long testified that where the Subject Incident occurred, there is a police precinct "right there," and the police are there "all the time" and "every day." APD off-duty Police Officers generally worked at Bedford Pines during the daytime. There was not an

[74] Deposition of Renato Anaya

[75] Young and Hawk Interview, 4/25/24

[76] Deposition of Carishma "Kelly" Young

[77] Deposition of Cynthia Bianco

[78] Deposition of Rod Teachey

[79] Deposition of Jim Tate

[80] Deposition of Carishma "Kelly" Young

[81] Deposition of Rod Teachey

[82] Deposition of Cynthia Bianco



armed security presence at Bedford Pines every night.[83] [84] [85] APD's crime suppression team, which operated in the area of Bedford Pines, was engaged in *Focused Deterrence* ("stopping cars and engaging pedestrians"). *Focused Deterrence* is a strategy that has been proven effective at reducing violence.[86] [87] [88]

Wingate wanted the majority of off-duty Police Officers working at Bedford Pines at night. The APD Coordinator, Sgt. Vayens, who was responsible for scheduling the off-duty Police Officers, had a difficult time filling the nighttime positions. Wingate could not control when Lt. Benjamin Vayens was able to fill off-duty positions. Off-duty Police Officers were not on duty at Bedford Pines at the time of the Subject Incident.[89] [90] [91]

Nationally, staffing Police Officers for both on-duty and off-duty positions was extraordinarily difficult in 2020 due to the COVID-19 pandemic[92] which was declared on March 11, 2020.[93] [94] [95] The difficulty in staffing off-duty and on-duty Police Officers was exacerbated by the nationwide social unrest resulting from the death of George Floyd[96] on May 25, 2020. The number of sworn officers was down **1.3%** nationally between January 2020 and January 2021.[97] The Atlanta Police Department's experience was

---

[83] Deposition of Jim Tate

[84] Deposition of Renato Anaya

[85] Deposition of Kenneth Long

[86] Defendant's Exhibit 6

[87] Braga AA, Weisburd D, Turchan B. Focused deterrence strategies effects on crime: A systematic review. Campbell Systematic Reviews. e1051. https://doi.org/10.1002/cl2.1051

[88] Braga, Anthony & Weisburd, David. (2012). The Effects of Focused Deterrence Strategies on Crime. Journal of Research in Crime and Delinquency. 49. 323-358. 10.1177/0022427811419368.

[89] Deposition of Carishma "Kelly" Young

[90] Deposition of Renato Anaya

[91] Deposition of Jim Tate

[92] https://en.wikipedia.org/wiki/COVID-19_pandemic

[93] Lum, C., Maupin, C., & Stoltz, M. (2022). The Supply and Demand Shifts in Policing at the Start of the Pandemic: A National Multi-Wave Survey of the Impacts of COVID-19 on American Law Enforcement. Police Quarterly, 10986111221148217. https://doi.org/10.1177/10986111221148217

[94] Jennings, W. G., & Perez, N. M. (2020). The Immediate Impact of COVID-19 on Law Enforcement in the United States. American journal of criminal justice : AJCJ, 45(4), 690–701. https://doi.org/10.1007/s12103-020-09536-2

[95] Nielson, K. R., Zhang, Y., & Ingram, J. R. (2022). The impact of COVID-19 on police officer activities. Journal of criminal justice, 82, 101943. https://doi.org/10.1016/j.jcrimjus.2022.101943

[96] https://en.wikipedia.org/wiki/George_Floyd

[97] https://www.policeforum.org/staffing2023



significantly worse with police staffing declining by **19.6%** in 2020. [98] [99] [100] This was likely the result of further social unrest in Atlanta resulting from the death of Rayshard Brooks[101] on June 12, 2020.  In addition to police resignations and low recruitment due to the pandemic and the George Floyd incident, the Atlanta Police Department experienced a high number of Police Officers calling call out sick in June 2020 because of the Rayshard Brooks incident.[102]  As a result of the pandemic and social unrest, Lt. Vayens had significant challenges to staffing off-duty Police Officers at Bedford Pines. Officer Anaya testified that there was a shortage of Police Officers throughout the entire city. This challenge continued until early 2022.[103] [104] [105] [106]

Criminals engaged in disorder crimes (e.g. vandalism) and property crimes (e.g. theft) are more likely to deterred via common security measures, while those engaged in violent crimes (e.g. robbery) are less likely to be deterred.  Violent crime is more difficult to prevent.  Criminologists have theorized that violent crimes are difficult to prevent[107] [108] due to the spontaneous and irrational[109] nature of violent crimes and to the impulsive and expressive[110] nature of violent criminals.

Do Security Officers deter or prevent violent crime?  This is a question that does not get asked often.  Instead, society assumes that uniformed officers, whether police or security, do in fact prevent crime.   Literature reviews produced few research studies that addressed the effectiveness of Security Officers in preventing crime in general and no

---

[98] https://www.atlantaga.gov/government/departments/police

[99] https://www.11alive.com/article/news/local/atlanta-police-numbers-2020/85-a54ace87-bed2-4d41-87b1-150a9b877672

[100] https://www.ajc.com/news/atlanta-police-ramping-up-recruiting-efforts-amid-officer-shortage/X4FKJUG3IREUZDNTMZ2XISJUGY/

[101] https://en.wikipedia.org/wiki/Killing_of_Rayshard_Brooks

[102] https://www.cnn.com/2020/06/27/us/atlanta-police-rayshard-brooks-shooting-sick-outs/index.html

[103] Deposition of Jim Tate

[104] Young and Hawk Interview, 4/25/24

[105] Deposition of Cynthia Bianco

[106] Deposition of Renato Anaya

[107] Taylor, B.G., Koper, C.S., and Woods, D.J. (2010). "A Randomized Controlled Trial of Different Policing Strategies at Hot Spots of Violent Crime." Journal of Experimental Criminology, 7(2):149–181.

[108] Douglas, J. E. (2013). Crime Classification Manual: A Standard System for Investigating and Classifying Violent Crimes, Third Edition.  Hoboken, New Jersey, John Wiley & Sons, Inc.

[109] Felson, Marcus (1993).  "Predatory and Dispute-Related Violence: A Social Interactionist Approach" in Routine Activity and Rational Choice: Advances in Criminological Theory, Volume 5 (Ronald V. Clarke and Marcus Felson, Editors).

[110] Taylor, B.G., Koper, C.S., and Woods, D.J. (2010). "A Randomized Controlled Trial of Different Policing Strategies at Hot Spots of Violent Crime." Journal of Experimental Criminology, 7(2):149–181.



studies regarding Security Officer effectiveness in preventing violent crimes and assaults specifically.  Two recent systematic reviews[111] [112] also sought research on Security Officer effectiveness and were unsuccessful, though both systematic reviews reference two research studies on the Guardian Angels.  Of the two studies, one did not evaluate violent crimes.  The other study concluded that the Guardian Angels reduced property crime but had no effect on violent crime.[113]  A subsequent literature search uncovered a survey-based research design on the use of Security Officers at shopping centers.  The study found no evidence that Security Officers have a marked preventive effect on the number of criminal incidents (violent, property, and disorder crimes).[114]

To date, the literature reviews identified 27 studies which address Security and Police Officer effectiveness for preventing violent crime:

1. Lee, Gang & Hollinger, Richard & Dabney, Dean. (1999). The relationship between crime and private security at US shopping centers. American Journal of Criminal Justice. 23. 157-177. 10.1007/BF02887270.

2. McElvain, J.P.; Kposova, A.J.; Gray, B.C. (2013). "Testing a Crime Control Model: Does Strategic and Directed Deployment of Police Officers Lead to Lower Crime?" Journal of Criminology, 2013: 1-11.

3. McGarrell, E.F., Chermak, S., Weiss, A. and Wilson, J. (2001), Reducing Firearms Violence Through Directed Police Patrol. Criminology & Public Policy, 1: 119-148. https://doi.org/10.1111/j.1745-9133.2001.tb00079.x

4. Ratcliffe, J.H., Taylor, R.B., Askey, A.P. et al. The Philadelphia predictive policing experiment. J Exp Criminol 17, 15–41 (2021). https://doi.org/10.1007/s11292-019-09400-2

5. Haberman, Cory & Stiver, Wendy. (2018). The Dayton Foot Patrol Program: An Evaluation of Hot Spots Foot Patrols in a Central Business District. Police Quarterly.

---

[111] Welsh, B., Mudge, M. & Farrington, D. Reconceptualizing public area surveillance and crime prevention: Security guards, place managers and defensible space. Secur J 23, 299–319 (2010). https://doi.org/10.1057/sj.2008.22

[112] Hollis-Peel, M.E., Reynald, D.M., van Bavel, M. et al (2011). Guardianship for crime prevention: a critical review of the literature. Crime Law Soc Change 56, 53–70. https://doi.org/10.1007/s10611-011-9309-2

[113] "In San Diego, Pennell et al (1989) found that the introduction of patrols by the Guardian Angels in a downtown redevelopment area was effective in reducing property crime but had no effect on violent crime over a 30-month follow-up period."

[114] Lee, Gang & Hollinger, Richard & Dabney, Dean. (1999). The relationship between crime and private security at US shopping centers. American Journal of Criminal Justice. 23. 157-177. 10.1007/BF02887270.



6.  Groff, E.R.; Ratcliffe, J.H.; Haberman, C.P.; Sorg, E.T.; Joyce, N.M.; Taylor, R.B. (2015). "Does What Police Do at Hot Spots Matter? The Philadelphia Policing Tactics Experiment." Criminology, 53(1):23-53.

7.  Wells, W.; Wu, L. (2011). "Proactive Policing Effects on Repeat and Near-Repeat Shootings in Houston." Police Quarterly, 14(3):298-319.

8.  Taylor, B.G.; Koper, C.S.; and Woods, D.J. (2010). "A Randomized Controlled Trial of Different Policing Strategies at Hot Spots of Violent Crime." Journal of Experimental Criminology, 7(2):149-181.

9.  Fabbri, Marco and Klick, Jonathan (2021). The ineffectiveness of 'observe and report' patrols on crime, International Review of Law and Economics, Volume 65, 2021, 105972, ISSN 0144-8188, https://doi.org/10.1016/j.irle.2020.105972.

10. Kelling, G. L. (1974). The Kansas City preventive patrol experiment: A summary report. Washington: Police Foundation.

11. Pate, A. (1981). The Newark foot patrol experiment. Washington, DC: National Policing Institute.

12. Schaefer, Brian P., Thomas Hughes & W. Cameron Stelzig (2019): Hot Spots Across the Metropolis: Evaluating Hot Spots Directed Patrol at City and Suburban Locations, Justice Quarterly, DOI: 10.1080/07418825.2019.1616804

13. Fritsch, E. J., Caeti, T. J., & Taylor, R. W. (1999). Gang Suppression Through Saturation Patrol, Aggressive Curfew, and Truancy Enforcement: A Quasi-Experimental Test of the Dallas Anti-Gang Initiative. Crime & Delinquency, 45(1), 122–139. https://doi.org/10.1177/0011128799045001007

14. Esbensen, FA., Taylor, C.R. Foot patrol and crime rates. AJCJ 8, 184–194 (1984). https://doi.org/10.1007/BF02885864

15. Corsaro, N., Engel, R. S., Herold, T. D., Yildirim, M. (2019). Implementing Gang & Gun Violence Reduction Strategies in Las Vegas, Nevada: Hot Spots Evaluation Results. 1-42. International Association of Chief of Police (IACP).

16. Bowers, W., & Hirsch, J. (1987). The impact of foot patrol staffing on crime and disorder in Boston: An unmet promise. American Journal of Police, 6, 17-44.

17. Rosenfeld, R.; Deckard, M.J.; and Blackburn, E. (2014). "The Effects of Directed Patrol and Self-Initiated Enforcement on Firearm Violence: A Randomized Controlled Study of Hot Spot Policing." Criminology, 52(3):428-449.



*Newton, et al. v. Wingate Management Company, LLC*

18. Novak, K.J.; Fox, A.M.; Carr, C.M.; Spade, D.A. (2016). "The Efficacy of Foot Patrol in Violent Places." Journal of Experimental Criminology, 12(3):465-475.

19. Carriaga, M.L.; Worrall, J.L. (2015). "Police Levels and Crime: A Systematic Review and Meta-Analysis." Police Journal: Theory, Practice and Principles, 88(4):315-333.

20. Piza, E. and O'Hara, B. (2014). Saturation Foot Patrol in a High-Violence Area: A QuasiExperimental Evaluation. Justice Quarterly, 31(4), 693-718.

21. Sedelmaier, C. M., & Hipple, N. K. (2016). New Haven, Connecticut Smart Policing Initiative: Employing Evidence-Based Policing Strategies to Engage the Community and Reduce Crime. Washington, DC: Smart Policing Initiative, Bureau of Justice Assistance.

22. Rydberg, J., McGarrell, E.F., Norris, A. et al. A quasi-experimental synthetic control evaluation of a place-based police-directed patrol intervention on violent crime. J Exp Criminol 14, 83–109 (2018). https://doi.org/10.1007/s11292-018-9324-8

23. Ratcliffe, J.H.; Taniguchi, T.; Groff, E.R.; and Wood, J.D. (2011). "The Philadelphia Foot Patrol Experiment: A Randomized Controlled Trial of Police Patrol Effectiveness in Violent Crime Hotspots" Criminology, 49:795-831.

24. Braga, A.A., Hureau, David & Papachristos, Andrew. (2012). An Ex Post Facto Evaluation Framework for Place-Based Police Interventions. Evaluation review. 35. 592-626. 10.1177/0193841X11433827.

25. Caplan JM, Kennedy LW, Drawve G, Baughman JH (2021). Data-Informed and Place-Based Violent Crime Prevention: The Kansas City, Missouri Risk-Based Policing Initiative. Police Quarterly. March 2021. doi:10.1177/10986111211003205

26. Corsaro, N., Engel, R.S., Herold, T.D. et al (2021). Hot spots policing in Las Vegas: results from a blocked randomized controlled trial in chronic violent crime locations. J Exp Criminol. https://doi.org/10.1007/s11292-021-09485-8

27. Weisburd, David & Petersen, Kevin & Telep, Cody & Fay, Sydney. (2024). Can increasing preventive patrol in large geographic areas reduce crime?: A systematic review and meta-analysis. Criminology & Public Policy. 10.1111/1745-9133.12665.

The findings from these studies clearly indicate that Police and Security Officers conducting foot and/or vehicle patrols have little to no impact on violent crime. These findings are consistent with research efforts which began almost 50 years ago. The Kansas City preventive patrol experiment of 1974 found that neither doubling nor



removing preventive patrol in a police speed had a significant impact on crime or victimization.[115] [116]

Further, of the 27 studies, four addressed *decay*, that is, *diminishing returns after treatment is implemented*. The findings regarding *decay* are summarized as follows:

- For total crime and especially property crime, the initial reduction in crime associated with the Safer Rock intervention dissipates substantially after month six...any deterrence benefits of security guards are short-lived at best...no longer than a few months...Because the Safer Rock security guards could not do anything more than generic citizens always could do (i.e., call the police to report a crime), they should not have an enduring effect on crime. While it may take some time for criminals to understand that security guards do not represent a meaningful change in the constellation of opportunities, costs, and benefits attaching to any particular kind of crimes, including more "visible" criminal acts like burglaries and property-related crimes, our results suggest that criminals learn this lesson relatively quickly.[117]

- Deterrent effect quickly decayed - Crime reduction was greatest after the initial implementation of foot patrol, dissipating quickly during the project. During the latter part of the treatment period, violent crime rates rebounded in the foot beat areas, doubling from the initial early-treatment low point during the latter eight weeks of treatment. Violent crime rates had already returned to pre-treatment levels while foot patrols were still deployed. The results presented here indicate that any treatment benefit is relatively short-lived, which is consistent with previous observations.[118]

- Robberies increased after an initial decrease.[119]

---

[115] Weisburd, David, et al. (2016), Place Matters: Criminology for the Twenty-First Century. Cambridge: Cambridge University Press.

[116] https://www.policefoundation.org/projects/the-kansas-city-preventive-patrol-experiment/

[117] Fabbri, Marco and Klick, Jonathan (2021). The ineffectiveness of 'observe and report' patrols on crime, International Review of Law and Economics, Volume 65, 2021, 105972, ISSN 0144-8188, https://doi.org/10.1016/j.irle.2020.105972.

[118] Novak, K.J.; Fox, A.M.; Carr, C.M.; Spade, D.A. (2016). "The Efficacy of Foot Patrol in Violent Places." Journal of Experimental Criminology, 12(3):465-475.

[119] Rydberg, J., McGarrell, E.F., Norris, A. et al. A quasi-experimental synthetic control evaluation of a place-based police-directed patrol intervention on violent crime. J Exp Criminol 14, 83–109 (2018). https://doi.org/10.1007/s11292-018-9324-8



▪ The crime reduction benefits did not last. The effects that were observed started to slow down the longer the experiment went on, demonstrating a type of deterrence decay.[120]

In short, if violent crime declined when Police or Security Officers were deployed, the violent crime reduction dissipated quickly during the treatment period.  The research regarding *decay* indicates that any treatment benefit is relatively short-lived (i.e. 6-8 weeks).

---

[120] Ratcliffe, Jerry & Sorg, Evan. (2017). Foot Patrol: Rethinking the Cornerstone of Policing. 10.1007/978-3-319-65247-4.



## OPINIONS

My opinions relate to the risk of crime developed from evidence-based research and experience consulting with and for Places across the country. As a security consultant and crime analyst, I have spent over 29 years developing specialized knowledge regarding security and crime prevention. During that time, I have reviewed security guidelines, standards, best practices, and criminological research which informs my opinions and assists in my evaluation of crime risk at places similar to Bedford Pines.

Using this specialized knowledge, I have written three books and numerous articles on crime analysis, security, and crime prevention and presented on these topics at industry conferences. I have also developed, in collaboration with other experts, security and crime prevention standards, guidelines, and best practices for three major security industry associations. I have chaired committees for security industry associations which developed evidence-based research regarding the efficacy of security measures in prevention violent, property, and disorder crime.  Please see my Curriculum Vitae (Appendix A) for specific details.

In arriving at my opinions in this case, I adhered to the consensus-based, published, and peer-reviewed *Forensic Methodology* (Appendix B) promulgated by the International Association of Professional Security Consultants (IAPSC).

For all the reasons set forth throughout this report, my opinions with respect to this matter are as follows:

1. Gang affiliation is a risky behavior. Gang members participate in risky behaviors at a substantially higher rate than non-gang members. Gang members commit violent offenses, such as aggravated assault, sexual assault, intimate partner violence, and robbery, more frequently. Gang affiliation increases an individual's risk of victimization. Gang affiliation increased the odds of serious injuries from fighting by 284%.[121] [122] [123] Engaging in risky behaviors is not in furtherance of self-guardianship.

---

[121] Gover, A. R., Jennings, W. G., & Tewksbury, R. (2009). Adolescent male and female gang members' experiences with violent victimization, dating violence, and sexual assault. American Journal of Criminal Justice, 34(1-2), 103–115

[122] Curry, G., & Spergel, I. (1992). Gang involvement and delinquency among Hispanic and African-American adolescent males. Journal of Research in Crime and Delinquency, 29(3), 273–291.; Battin, S. R., Hill, K. G., Abbott, R. D., Catalano, R. F., & Hawkins, J. (1998). The contribution of gang membership to Delinquency Beyond Delinquent Friends*. Criminology, 36(1), 93–116 Hill, K. G., Howell, J. C., Hawkins, J., & Battin-Pearson, S. R. (1999). Childhood risk factors for adolescent gang membership: Results from the Seattle Social Development Project. Journal of Research in Crime and Delinquency, 36(3), 300–322.; Curry, G. D. (2000). Self-reported gang involvement and officially recorded delinquency. Criminology, 38(4), 1253–1274.

[123] Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants..



*Newton, et al. v. Wingate Management Company, LLC*

2. Based on all available evidence, the Subject Incident can be classified as gang-related, *Victim-Targeted Violence*, and part of a series of *Violent Retaliatory Disputes*. *Targeted Violence* is an act of aggression or harm deliberately directed towards specific individuals or groups. *Victim-Targeted Violence* is difficult to anticipate based on the condition of a property because it is the product of preexisting animosities. A *Violent Retaliatory Dispute* is an interaction involving conflict over a period of time between two or more individuals and/or people associated with them marked by two or more events involving confrontation or intimidation in which at least some of those events involve violent acts or credible threats of violence. Targeted Violence is difficult to prevent even when reasonable security measures are in place.[124][125][126][127][128][129][130][131][132][133][134]

3. Atlanta had a substantial shortage of Police Officers at the start of the pandemic which was exacerbated by the social unrest in Atlanta which continued through the Summer of 2020. This resulted in significant challenges to staffing Bedford Pines with off-duty Police Officers which were recommended by Plaza Security. Under the prevailing circumstances in the summer of 2020, the security program in place at Bedford Pines was reasonable. The Bedford Pines security program consisted of a multi-pronged approach to mitigating security risk.  Wingate met the applicable standard of care relating to security. The Subject Incident was not the result of any security failures caused by Wingate.

**- - - END OF REPORT - - -**

[124] Army, Christine, & Vellani, Karim H. (2021). Violent Crime Typology and Continuum. CrimRxiv. https://doi.org/10.21428/cb6ab371.71ec923d

[125] Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants. Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants.

[126] Expert Report of Detective Mark A. Belknap

[127] Klofas, J., Altheimer, I., & Petitti, N. (2019). Retaliatory violent disputes. Problem-Oriented Guides for Police, Problem-Specific Guide Series, No. 74.

[128] Deposition of Tequilla Phillips

[129] Deposition of Teshana Boyd

[130] Deposition of Tiarra Shaneka Grigg

[131] Deposition of Santeba Seaborn

[132] Deposition of Kiarra Roland

[133] Deposition of Jim Tate

[134] Gotham, Kevin Fox and Daniel Bruce Kennedy (2019). Practicing Forensic Criminology. Academic Press.



**PUBLICATIONS AND PRESENTATIONS**

Vellani, Karim H. (2023).  "Transitioning to Evidence-Based Security Practices." ASIS - International.  Houston, TX, November 8, 2023.

Vellani, Karim H. (2023).  "Using Evidence-Based Research to Understand and Prevent Crime."  Evidence-Based Security Practices Committee, International Association of Professional Security Consultants, January 24, 2023.

Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01).  Evidence-Based Security Practices, International Association of Professional Security Consultants.

Vellani, Karim H. (2022).  "Using Evidence-Based Research to Understand and Prevent Crime."  37th Annual Conference, International Association of Professional Security Consultants, Denver, CO, June 14, 2022.

Vellani, Karim H. (2022).  "Assessing Crime Risk."  Fundamentals in Forensic Security Consulting, International Association of Professional Security Consultants, Denver, CO, June 13, 2022.

Vellani, Karim H., & Kristof, Tina S. (2022). "Security's Critical Role in Combating Sex Trafficking." Journal of Healthcare Protection Management, Volume 76, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2021).  Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime. Sugar Land, TX: Threat Analysis Group, LLC.

Vellani, Karim H. (2021).  "Mitigating Security Risks with Evidence-Based Research." Hospital Association of Southern California, November 3, 2021.

Army, Christine, & Vellani, Karim H. (2021). Violent Crime Typology and Continuum. CrimRxiv. https://doi.org/10.21428/cb6ab371.71ec923d

Vellani, Karim H., & Kristof, Tina S. (2021). Identifying and Responding to Sex Trafficking Victims in Healthcare Environments. CrimRxiv. https://doi.org/10.21428/cb6ab371.84ddfc71

Vellani, Karim H. and Tina S. Kristof (2021).  "Results of the 2020 Healthcare Crime Survey." Journal of Healthcare Protection Management, Volume 36, Number 1, International Association for Healthcare Security & Safety.



Vellani, Karim H.; Bryan Warren; Jeff Young (2020). "The Impact of COVID-19 on Healthcare Facilities." International Association of Healthcare Security and Safety, October 28, 2020.

Pompeii, Lisa, Elisa Benavides, Oana Pop, Yuliana Rojas, Robert Emery, George Delclos, Christine Markham, Abiodun Oluyomi, Karim Vellani, Ned Levine (2020). Workplace Violence in Outpatient Physician Clinics: A Systematic Review. International Journal of Environmental Research and Public Health, 17, 6587.

Vellani, Karim H. (2020). "Impressing Your Boss: Using the IAHSS Foundation's Crime Survey and Other Foundation Research to Improve Your Program." International Association of Healthcare Security and Safety, Virtual Conference, September 1, 2020.

Vellani, Karim H. (2020). "2020 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2019). Strategic Security Management: A Risk Assessment Guide for Decision Makers, Second Edition. Boca Raton, FL: Taylor & Francis CRC Press.

Vellani, Karim H. (2019). "Evidence, Anecdotes, and Actions: A Summary of the 2019 Healthcare Crime Survey and other IAHSS Foundation Research." Journal of Healthcare Protection Management, Volume 35, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2019). "2019 Healthcare Crime Survey." International Association of Healthcare Security and Safety, Orlando, FL, May 21, 2019.

Vellani, Karim H. (2019). "How Many Security Officers Do You Need? An Evidence-based Approach to Determining the Industry Average Number of Hospital Security Officers." International Association of Healthcare Security and Safety, Orlando, FL, May 20, 2019.

Vellani, Karim H., Michael S. D'Angelo and Ken Wheatley (2019). "Vetting Clients: From First Call Through Final Report." 35th Annual Conference, Miami, FL, International Association of Professional Security Consultants, May 5, 2019.

Vellani, Karim H. (2019). "2019 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, Karim H., Robert J. Emery, Sadie H. Conway, and Lisa A. Pompeii (2019). "A Refined Model for Estimating the Industry-Average Number of Security Staff for Hospitals." Journal of Healthcare Protection Management, Volume 35, Number 1, International Association for Healthcare Security & Safety.



Vellani, Karim H. (2018).  "Threat Assessment in the Private Sector: Application of the IAPSC Forensic Methodology Threat Assessment Section Outside of Litigation."  34th Annual Conference, San Diego, California, International Association of Professional Security Consultants, April 30, 2018.

Vellani, Karim H. (2017).  "Violence Against Healthcare Workers:  Persistent Trends and Appropriate Responses."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2017).  "2017 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2016).  "The Battle against Violence in U.S. Hospitals."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2016).  "2016 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2015).  "Arming Security Officers" (Panelist).  International Association of Healthcare Security and Safety, Houston, Texas, November 13, 2015.

Vellani, Karim H. (2015).  "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 6th Edition.  Woburn:  Elsevier.

Vellani, Karim H. (2015).  "Workplace Violence." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).  "Security Risk Assessments." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."  International Association of Healthcare Security and Safety, St. Louis, MO, May 5, 2015.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H., Robert J. Emery, and Jennifer M. Reingle Gonzalez (2015).  "A Data-Driven Model for Estimating Industry Average Numbers of Hospital Security Staff."  Journal of Healthcare Protection Management, Volume 31, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2015).  Foreword to Michael S. D'Angelo's From Police to Security Professional: A Guide to a Successful Career Transition.  Boca Raton:  CRC Press.



Vellani, Karim H. (2014). "Reducing Violence in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, July 19, 2014.

Vellani, Karim H. (2014). "2014 Healthcare Crime Survey." International Association of Healthcare Security and Safety, San Diego, CA, May 20, 2014.

Vellani, Karim H. (2014). "2014 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2014). "Reducing Violence in Healthcare Facilities." Journal of Healthcare Protection Management, Volume 30, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2013). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Chicago, IL, September 23, 2013.

Vellani, Karim H. (2012). "The Need for Effective Consulting Websites" in Charles A. Sennewald's Security Consulting, 4th Edition. Woburn: Elsevier.

Vellani, Karim H. (2012). "Security Staffing: Madness to Methods to Outcomes." International Association of Healthcare Security and Safety, Houston, Texas, October 12, 2012.

Vellani, Karim H., Norman Bates, and Steve Kaufer (2012). "Security 2012 – The Latest Trends in Crime Analysis, Security Technology and Management Practices for Inadequate Security Litigators." National Crime Victim Bar Association, New Orleans, LA, September 21, 2012.

Vellani, Karim H., Robert J. Emery, and Nathan Parker (2012). "Staffing Benchmarks: How Many Security Officers are Enough?" Journal of Healthcare Protection Management, Volume 28, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2011). "Using Crime Analysis to Solve Problems in 15 Small Steps." Journal of Healthcare Protection Management, Volume 27, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2011). "Crime Analysis: A Framework for Optimizing Security." International Association of Healthcare Security and Safety, Toronto, Ontario, May 24, 2011.



Vellani, Karim H. (2011). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 5th Edition. Woburn: Butterworth-Heinemann.

Vellani, Karim H. with Brian Gouin (2010). "Security Risk Assessments in the Environment of Care." American Society of Healthcare Risk Management, Tampa, FL, October 15, 2010.

Vellani, Karim H. (2010). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Dallas, TX, October 11, 2010.

Vellani, Karim H. (2010). "Security Risk Assessments." Texas Regional Conference, The Woodlands, Texas, International Association of Professional Security Consultants, September 15, 2010.

Vellani, Karim H. (2010) "Crime Analysis for Problem Solving Security Professionals in 25 Small Steps." Karim H. Vellani. [Center for Problem Oriented Policing www.popcenter.org].

Vellani, Karim H. (2010). "Crime Analysis: Assessing Threats to Optimize Security." Threat Analysis Group, LLC. Available via Amazon.com.

Vellani, Karim H. (2010). "Crime Analysis: Optimizing Security in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, Karim H. (2010). "Crime Analysis: A Framework for Optimizing Security and Assessing Foreseeability." 26th Annual Conference, Savannah, Georgia, International Association of Professional Security Consultants, April 26, 2010.

Vellani, Karim H. (2009). "Security Risk Assessments." Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, October 29, 2009.

Vellani, Karim H. (2009). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Anaheim, CA, September 20, 2009; Dallas, TX, October 11, 2010; Orlando, FL, September 18, 2011.

Vellani, Karim H. (2009). "Security Risk Assessments." Healthcare Security: Basic Industry Guidelines, January 2009, International Association for Healthcare Security & Safety.



Vellani, Karim H. (2008).  "Data Driven Security."  Security Solutions Series, Threat Analysis Group, LLC.

Vellani, Karim H. (2008).  "Risk Assessments in the Environment of Care."  Wisconsin Healthcare Engineering Association, October 29, 2008.

Vellani, Karim H. (2008).  "The Uniform Crime Reporting System" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2008).  "Threat Assessment in the Retail Environment" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2007).  "Security Risk Assessments."  Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, November 14, 2007.

Vellani, Karim H. and Robert E. Owles (2007).  "Vulnerability and Risk Assessments in the Environment of Care."  Journal of Healthcare Protection Management, Volume 24, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2007).  Foreword to Brian Gouin's Physical Security Consulting. Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2007).  "The Gentle Art of Threat Assessment."  Journal of Healthcare Protection Management, Volume 23, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2006).  "Crime Analysis" in John J. Fay's Encyclopedia of Security Management: Techniques and Technology, 2nd Edition.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2006).  "Security Risk Assessments in the Environment of Care." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, Karim H. (2006).  Strategic Security Management:  A Risk Assessment Guide for Decision Makers.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2006).  "Strategic Security Management:  Risk Assessments in the Environment of Care."  Journal of Healthcare Protection Management, Volume 22, Number 2, International Association for Healthcare Security & Safety.



Vellani, Karim H. (2005). "Certified Security Consultant." Successful Security Consulting Seminar, International Association of Professional Security Consultants. Orlando, FL, September 10, 2005.

Vellani, Karim H. (2005). "Crime and Foreseeability Analysis." The Sentry. American Society for Industrial Security - International: Houston Chapter. June, 2005.

Vellani, Karim H. (2004). "Crime and Foreseeability Analysis." The Independent Security Consultant. International Association of Professional Security Consultants. Fall, 2004.

Vellani, Karim H. and Charles A. Sennewald (2004). Consultants as a Protection Resource, Protection of Assets Manual. Alexandria: ASIS International.

Vellani, Karim H. (2004). "The Business Plan." Successful Security Consulting Seminar, International Association of Professional Security Consultants. Dallas, TX, September 25, 2004; Carefree, AZ, May 7, 2006; San Diego, CA, September 24, 2006.

Vellani, Karim H. (2004). "Writing Effective Proposals" International Association of Professional Security Consultants. Newport Beach, CA, April 27, 2004.

Vellani, Karim H. (2004). "Boosting Performance and Morale." Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2004). "Achieving Return on Investment from Crime Analysis." Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2003). "Security Solutions for Strip Shopping Centers." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003). "Security Solutions for Grocery Stores." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. and Mark Batterson (2003). "Security Solutions for Banks." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 4th Edition. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2002). "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program." Security Business Practices Reference, Volume 5, ASIS Council on Business Practices, ASIS International.



Vellani, Karim H. (2002). "Crime Analysis in the Medical Environment." Workplace Safety Seminar, School of Public Health, University of Texas Health Science Center, December 2, 2002.

Vellani, Karim H. (2002). "Risk Analysis" University of Houston - Downtown. CJ 5360: Security and Crisis Management: Theories and Practices, April 8, 2002.

Vellani, Karim H. (2002). "Crime Analysis Literature: What We Have and Where We Are Going." Forecaster, International Association of Crime Analysts, Spring 2002.

Vellani, Karim H. (2001). "Rape Zones: Are Some Neighborhoods More Prone To Sexual Assault?" KHOU 11, Houston, Texas. Aired November 25, 2001.

Vellani, Karim H. (2001). "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program." 47th Annual Seminar & Exhibit, San Antonio, Texas, American Society for Industrial Security, October 1, 2001.

Vellani, Karim H. (2001). "Don't Let Your Guard Down." Security Management, American Society for Industrial Security, October 2001. Edited extensively by Security Management editors.

Vellani, Karim H. (March 29, 2000). "Convenience Store Security." Presented to Pakistan Association of Greater Houston (PAGH).

Vellani, Karim H. and Joel D. Nahoun (2001). Applied Crime Analysis. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2000). "Security + Service = Satisfaction: The Perks of Private Security." Journal of Property Management, Institute of Real Estate Management, May/June 2000.

Vellani, Karim H. (1999). "Crime Stoppers." Journal of Property Management, Institute of Real Estate Management, September/October 1999.

Vellani, Karim H. (1998). "Management Ideas for Preventing Crime: An Analysis of Liability, Site-Specific Crime Prevention, Crime Prevention Through Environmental Design, and Violence Escalation." Sam Houston State University, Huntsville, Texas.



**TESTIMONIAL HISTORY**

I testified by deposition or in trial in the following matters during the past four years:

Civil Action No. 17A66840; Jose Ricardo Marquez and Lazaro Fuentes, Plaintiffs vs. FV Apts LLC, CF Real Estate Services LLC, CF Real Estate Services Manager LLC, CF Property Management LLC, Trantor Property Management, LLC, Trantor Management, Inc., Trantor Realty, LLC, Trantor Realty, Inc., Forest Vale Apartments, and John Does 1-5, Defendants; In the State Court of DeKalb County, State of Georgia
June 9, 2020

No. 2017 L 11405; Karin Carlson and Grant Maddox, Plaintiffs vs. Going Places, LLC; Dearborn Street Building Associates, LLC; PBBS, INC.; PMD Realty, LLC; PMD Builds, LLC, and Astor Street Partners, LLC, Defendants; In the Circuit Court of Cook County, Illinois, County Department - Law Division
December 10, 2020

Civil Action File No. 18EV002664; Rogelio Monroy Mayorga, Plaintiff vs. The Fulton-DeKalb Hospital Authority, Grady Memorial Hospital Corporation, and John Does Nos. 1-5, Defendants; In the State Court of Fulton County, State of Georgia
January 12, 2021

Civil Suite No. 263,393; Ali Kazan and Ebony Medlin, Individually and on Behalf of their Daughter, Lia Kazan, deceased, Plaintiffs vs. Red Lion Hotels Corporation, Red Lion Hotels Franchising, Inc., Vantage Hospitality Group, Inc., Om Ganesh, LLC, Ketan Patel, and Vitthal, LLC, Defendants; In the 9th Judicial District Court, Parish of Rapides, State of Louisiana
June 22, 2021

Civil Action File No. 20A82018; Latwenita Gay, on behalf of the Estate of Antoine Neville, and on behalf of Ariana Stephens, Antonio Neville, Jr., Giovanni Neville, Elijah Jews, Ayden Jews, and Demi Y'lani Perry, the minor children of Antonio Neville, Plaintiffs vs. Shaw Hospitality, LLC d/b/a/ Gulf America Inn a/k/a Gulf American Inns, Quintavus Williams, a/k/a Quintavius Williams, a/k/a Quintavus Fred Williams, a/k/a Quintavius Fred Williams, a/k/a Fred Williams, a/k/a Mario Teasley, Brandisha Williams, and John Does 1-10, Defendants; In the State Court of DeKalb County, State of Georgia
July 28, 2021

Case No. 1:20-Cv-03129-Ca; Mildred Collins-Williams as Administrator of the Estate of Tijuana Frazier and as Guardian and Next Friend of Quanisha Holt, a Minor, and Pebbles McClain as Guardian and Next Friend of Julian Frazier and Isaiah Frazier, Plaintiffs vs. Contour Eastwyck, LLC, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division
August 5, 2021



CAFN: 18CV01884JFL003; Sherry K. Watrous and Jay Watrous v. River Root Partners, LLC, and River Root Partners II, LLC, and River Root Investors, LLC, The Kroger Co., R.H. Ledbetter Properties, Inc., RHLP, LLC, dlb/a R.H. Ledbetter Properties, LLC, Frontline Defense Protection Services, LLC, and John/Jane Does 1-3 Floyd County Superior Court, State of Georgia
August 25, 2021

Civil Action No. 20EV002147; Tynesha Bostick, as next friend and surviving parent of Malik Werts, deceased, and John Doe, as the administrator of the estate of Malik Werts, deceased, Plaintiffs vs. MSC Fields Peachtree Retreat, LL, MSC Investment and Management, LLC, MSC Properties, LLC and John Does # 1-3, Defendants; In the State Court of Fulton County, State of Georgia
September 21, 2021

Cause No. 2019C123891; Ildefonsa Hernandez, Individually and as Next Friend of Sergio Hernandez, Jasmine Hernandez, Danielle Hernandez, Minors, Plaintiff vs. Monica Ray Silva, and Jocob Engelbrecht, and Judith Deramus, and Express Care Ambulance Services, Defendants; In the District Court of the 131st Judicial District, Bexar County, Texas
September 23, 2021

Andrea Chamblee, Personally and as the Personal Representative of the Estate Of John P. McNamara, et al / Beth Rittenour, et al v. The Baltimore Sun Company, LLC, et al / Bestgate Corporate Center, LLC, et al., No's. C-02-CV-21-000820 & C-02-CV-21-000823
January 14, 2022

Civil Action File No. SU20CV0185; Lashanda Callaway, Plaintiff and Justyn Aikens, Plaintiff vs. Clarke Gardens Apartments; Ashton Clarke, LP; Ambling Management Co. LLC; and John Doe Defendants A through H, Defendants; In the Superior Court of Clarke County, State of Georgia
March 29, 2022

Cause No. CC-19-03831-D; Jessica Hill as Next Friend of HVH, SMH, JRH, and KPH, Minor Children, Priscilla Escobedo-Hill, Individually, and as Next Friend of KMH, a Minor and Romeo Hill, Individually, Plaintiffs vs. RCI Hospitality Holdings, Inc., d/b/a XTC Dallas Cabaret, Front-Line Protective Services, Eric Hansen, And Daterrious Haggard, Defendants; In the County Court at Law No. 4 of Dallas County, Texas
March 31, 2022

No. 2017 L 11405; Karin Carlson and Grant Maddox, Plaintiffs vs. Going Places, LLC; Dearborn Street Building Associates, LLC; PBBS, INC.; PMD Realty, LLC; PMD Builds, LLC, and Astor Street Partners, LLC, Defendants; In the Circuit Court of Cook County, Illinois, County Department - Law Division



*Newton, et al. v. Wingate Management Company, LLC*

April 6, 2022 (Trial Testimony)

Civil Action File No. 2020RCCV00531; Aubrey Adams-Knowlden, Plaintiff vs. August Mall, LLC; Amy Dalton; Andy Frain Services, Inc. and John Does 1-20, Defendant(s); In the Superior Court of Richmond County, State of Georgia
June 9, 2022

Case No. 2021-007809-CA-01; Ronald Walker, as Personal Representative of the Estate of Devan Walker, deceased, Plaintiff vs. Pink Pressure, Inc. and Marlin Road Partners, LLC, Defendants; In the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Circuit Court Civil Division
June 29, 2022

Cause No. 2019-43473; Christopher Esquivel and Maria Maya, Individually and as Representatives of the Estate of Ramon Esquivel (Deceased), Plaintiffs vs. KVA Investments, LLC d/b/a Bristol Court Apartments, and Falcon Security, Inc., Defendants; In the 269th District Court, Judicial District Court, Harris County, Texas
July 15, 2022

Case No. 2021-00-3836-CA-01; Barbara Smith, as Personal Representative of the Estate of Gregory Smith, Jr., Plaintiff vs. Providence 72 LLC, the Lopez Companies, Inc., & John Doe, Defendants; In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Civil Division
August 29, 2022

Cause No. 2019-04407; Juan Ramos Cantu vs. Village Real Property, Inc.; In the District Court of Harris County, Texas; 80th Judicial District
September 30, 2022

Civil Action No. STCV19-01893; Tonya Sills, Plaintiff vs. New Millennium Smiles, LLC d/b/a Savannah Smiles Dueling Pianos, Defendant; In the State Court of Chatham County, State of Georgia
November 14, 2022

Case No. 21-018455; Shanika Williams, Plaintiff vs. Venice Partners, LTD., a Florida Corporation, Southport Financial Services, Inc., a Foreign Corporation, and Cambridge Management of Washington, Inc. a Foreign Corporation, Defendants; In the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida
November 16, 2022

Caroline Bradley, Plaintiff vs. Golden Pantry Food Stores, Inc., Eric Mitchell, and John Does 1 and 2, Defendants; In the State Court of Clarke County, State of Georgia
December 1, 2022



Case No. A-20-812202-C, Dept. No. IV; Glenn Bension, Administrator of the Estate of Jamie Arnold, Deceased; and Shirley Arnold, and Heir to the Estate of Jamie Arnold, Deceased, Plaintiffs vs. Alhambra Place Partnership, LP, Advanced Management Group Nevada, LLC, Reliance Security, Inc., Defendants; In the District Court, Clark County, Nevada
December 5, 2022

Cause No. 2021-23853; Ricci Simmons, Jr., Plaintiff vs. Crysnick Entertainment, LLC d/b/a Bar 2200, Boniuk Interests, Ltd., Mila Properties, Inc., Crystal D. Henderson, and G4S Secure Solutions (USA), Inc., Defendants; In the District Court, Harris County, Texas, 281st Judicial District
December 14, 2022

Cause No. 2021-37331; Reta L. Hutchins, Individually and as Estate Representative for Decedent, Marquise Hutchins, and Traivion Moore, Plaintiffs vs. 7-Eleven Inc., ANR Corporation, Defendants; In the District Court, Harris County, Texas, 11th Judicial District
March 2, 2023

Civil Action File No. 2022V-0023SFW; Tamekia Arnold, as Legal Guardian and Next Friend of Kentavious Gordon; and Tamekia Arnold, as the Administrator of the Estate of Louis Tramaine Gordon, Deceased, Plaintiffs vs. Falguni Patel, Defendant; In the Superior Court of Bleckley County, State of Georgia
March 24, 2023

Cause No. D-1-GN-20-000667; Roel Zamora, Plaintiff vs. TP Franchise Austin, LLC; TP Franchise Venture I, LP; TP Franchise Venture I, LLC; TP Texas Beverages, LLC; Twin Restaurant Management, LLC; Front Burner Restaurants GP, LLC; and Front Burner Restaurants, LP, Defendants; In the District Court, 419th Judicial District, Travis County, Texas
April 14, 2023

No. 2022CV363118; Graham vs. VCP Hammond, LLC; In the State Court of Fulton County, Georgia
April 20, 2023

Civil Action File No. 2021RCCV00575; Traci Boykin and Halma Boykin as surviving children of David Boykin, for themselves and Chrissy Ann Boykin, as administrator of the Estate of David Boykin, deceased, Plaintiffs vs. Brookside Properties, Inc. (Tennessee), d/b/a Peach Orchard Plaza, a foreign profit corporation, G4S Secure Solutions (USA) Inc., a foreign profit corporation, and Biotest Pharmaceuticals Corporation, a foreign profit corporation, Defendants; In the Superior Court of Richmond County, State of Georgia
May 11, 2023



Carolyn Enzor, as Next friend of Kai Enzor and Karter Enzor and Julianne Glisson, Administrator of The Estate of Ka'la Enzor v. The Kroger Co.; In the United States District Court, Southern District of Georgia, Savannah Division, Civil Action No. CV422-083
June 14, 2023

Case No. A-19-799464-C, Dept. No. III; Gloria S. Zapata, as special administrator for the estate of Jonathan Blackstone, deceased; and Mitchell Blackstone, individually and as heir to the Estate of Jonathan Blackstone, Plaintiffs vs. Showcase 1415 LLC et al, Defendants; In the District Court, Clark County, Nevada
June 16, 2023

Case No. 2020-CA-8908; Walter Nelson, Plaintiff vs. S2 Grandview, LLC and S2C Florida Management, LLC, Defendants; In the Circuit Court of the 9th Judicial Circuit, In and For Orange County, Florida
August 14, 2023

Civil Action File No. 22EV002045; Jihad Karim, Plaintiff vs. Integral Property Management, LLC, Defendant; In the State Court of Fulton County, State of Georgia
August 17, 2023

Case No. 01-22-0002-8503; Virginia Smotherman, Individually and on behalf of the Estate of Pollyanna Smotherman vs. GPM Southeast, LLC and GPM Investments, LLC d/b/a E-Z Mart, and John Doe; In the American Arbitration Association
August 29, 2023

Cause No. 21-CVS-2396; Dorinda Holaday, as Ancillary Administrator of the Estate of John Holaday, Plaintiffs vs. Epicentre SPE (Charlotte), LLC, Epicentre (Charlotte), LLC, CIM Group, LP, CIM Management, Inc., CIM Group, LLC, Raheem Sachlette, and Universal Protection Service, LLC d/b/a Allied Security and/or Allied Universal, Defendants; In the General Court of Justice, Superior Court Division
September 25, 2023

Case No: 1:22-CV-01108; Wallace Wormack, et al, Plaintiffs v. Caesars Baltimore Management Company, LLC, et al, Defendants; In the United States District Court for the District of Maryland, Northern Division
September 26, 2023

Civil Action File No. 20-C-04895-S2; Shanique Mayes, Individually and as Next of Kin and Natural Parent on behalf of McKenzie Mayes, a minor, Plaintiffs vs. Eastwyck Village Apartments, and Countour Eastwyck, Defendants; In the State Court of Gwinnett County, State of Georgia
October 11, 2023



Cause No. CV2045855; Bulah Marie Garrett, Individually and as Representative of the Estate of Lyndell Ray Garrett, Deceased, Lisa Garrett and Shelly Garrett, Plaintiffs vs. Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Supercenter #561 and Greyhound Lines, Inc., Defendants; In the District Court, 91st Judicial District, Eastland County, Texas
November 2, 2023

Civil Action File No. 1:20-cv-05233-SEG; J.G., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division; Civil Action File No. 1:20-CV-05231-JPB; A.G., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division; Civil Action File No. 1:20-CV-05232-JPB; G.W., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division
November 28, 2023

Case No. 2016-CV00782, Division 17; Darrell Sander, Plaintiff v. Landmark Realty of Missouri, LLC, dba Landmark Realty, LLC, and KC Waldo Heights Apts., LLC; In the Circuit Cout of Jackson County, Missouri at Independence
December 1, 2023

Civil Action File No. 22EV001790; Tammia Verser, Plaintiff vs. AG-P Atlanta Perimeter Owner, LLC, d/b/a Hyatt Regency Atlanta Perimeter at Villa Christina, Defendant; In the State Court of Fulton County, State of Georgia
December 7, 2023

Civil Action File No. 21-CG-0506-DG; Reginald Bloodsaw, Plaintiff vs. Envolve Community Management, LLC f/k/a LEDIC Realty Company, LLC A Foreign Limited Liability Corporation, Oconee Park Partners, LP, a Georgia Limited Partnership and John Does Nos. 1-5, Defendants; In the Superior Court of Laurens County, State of Georgia
December 12, 2023

Civil Action File No. 2020CV341987; Katherine Wenszell, and Susan Wenszell, Plaintiffs vs. Metropolitan Atlanta Rapid Transit Authority, Defendants; In the Superior Court of Fulton County, State of Georgia
December 19, 2023

Civil Action No. 20-A-301; Dawn C. Smith and Brad S. Smith, Plaintiffs vs. Six Flags Over Georgia, LLC, Six Flags Over Georgia, LTD (L.P.), Six Flags Over Georgia II, LP, Six Flags Over Georgia, Inc., Six Flags Fund, LTD, LP, SFOG II, Inc., SFG-I, LLC, SFG-II, LLC, and John Does Nos. 1-5, Defendants; In the State Court of Cobb County, State of Georgia
January 6, 2022 and December 21, 2023 (Rebuttal)



*Newton, et al. v. Wingate Management Company, LLC*

Case No. 2021-027908-CA-01; Hung Nguyen, as Personal Representative of the Estate of Le'Shonte Jones, deceased, Plaintiff vs. Coral Bay Cove, LLC, a Florida limited liability company, and Royal American Management, Inc., a Florida corporation, Defendants; In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida
January 11, 2024

Case No. 2021-010717-CA-01; Allisha Johnson, as Personal Representative of the Estate of Solomon Johnson, Plaintiff vs. Miami-Dade County, and Security Alliance, LLC, Defendants; In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida
January 29, 2023

No. 1:23-cv-00145-JPB; AG and HH vs. Dayram V. Patel; In the United States District Court for the Northern District of Georgia, Atlanta Division
January 31, 2024

Case No. 01-22-0002-8503; Virginia Smotherman, Individually and on behalf of the Estate of Pollyanna Smotherman vs. GPM Southeast, LLC and GPM Investments, LLC d/b/a E-Z Mart, and John Doe; In the American Arbitration Association
February 20, 2024 (Arbitration Testimony)

Civil Action File No. 22EV001488; V.W. and Adult Female, Plaintiff vs. Simon Property Group, LP; Universal Protection Service, LLC; 3399 Peachtree, LLC; Reef Parking Enterprises, LLC; and Robin Suggs, Defendants; In the State Court of Fulton County, State of Georgia
March 6, 2024

Case No. 2020-CA-001926; Norma Martinez, as personal representative of the Estate of H.R.V., Plaintiff vs. Sana of Jacksonville, Inc., Bones, LLC, Sunshine Restaurant Holdings, LLC and Sunshine Restaurant Merger Sub, LLC, Defendants; In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida
March 22, 2024

Civil Action File No.: 21EV006765; Desmond Hunter, Plaintiff, vs. Marriott Hotel Services, Inc., Atlanta Marriott Suites Midtown, John/Jane Doe Individuals 1-5, and John/Jane Does Entities 1-5, Defendants; In the State Court of Fulton County, State of Georgia
April 11, 2024



**COMPENSATION**

My time is billed at $600 per hour.



## APPENDIX A:  Curriculum Vitae of Karim Vellani

**Professional Experience Summary**

Karim H. Vellani is the President of Threat Analysis Group, LLC, an independent security consulting firm.  Karim is Board Certified in Security Management (CPP), a Board-Certified Security Consultant (CSC), and has over 29 years of security management, crime analysis, and forensic security consulting experience.  He has a bachelor's degree in Criminal Justice with a specialization in Law Enforcement and a master's degree in Criminal Justice Management.  He is the author of three books, <u>Applied Crime Analysis</u>, <u>Strategic Security Management</u>, <u>Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime</u>, and has contributed to a number of other security related books and journals.  Karim serves on various research teams conducting evidence-based research on violent crime prevention, workplace violence, sex trafficking, and use of force.

As an independent security management consultant, Karim has been retained by Fortune 500 companies and government agencies.  He has extensive experience in risk management and security force protection and provides consultation on a regular basis at government, commercial, and residential facilities across the nation.  Karim has worked on projects ranging from data centers, hospitals and healthcare facilities, houses of worship, manufacturing facilities, financial institutions, retail stores, shopping centers and malls, hotels and motels, office buildings, and residential housing (including Section 8).

For 11 years, Karim was responsible for managing the quality control/assurance function for United States Department of Homeland Security's (DHS) protection force at federal government buildings in 23 states including Mississippi, Alabama, West Virginia, California, Montana, North Dakota, South Dakota, Wyoming, Utah, Nevada, North Carolina, Tennessee, Arizona, Kentucky, Illinois, Washington, Idaho, Texas, Oklahoma, Florida, South Carolina, Rhode Island, and Massachusetts.

Karim specializes in crime analysis and security risk assessment and mitigation.  He developed a crime analysis methodology that utilizes the Federal Bureau of Investigation's (FBI) Uniform Crime Report coding system and a proprietary software application called CrimeAnalysis$^{TM}$.  The software allows end users to identify specific threats, select appropriate countermeasures, and reduce their risk.  The methodology was originally published in <u>Applied Crime Analysis</u> and evolved in <u>Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime</u>.  Since developing the crime analysis methodology, Karim has assessed crime threats at thousands of facilities.  Karim has also developed a Security Risk Assessment Methodology for Healthcare Facilities and Hospitals.  In 2009, the International Association of Healthcare Security and Safety (IAHSS) published its *Security Risk Assessment* Guideline, which was authored by Karim at the request of IAHSS.  In 2023, he authored the IAHSS guideline on *Human Trafficking Victim*



*Identification and Response*. Karim was also a Technical Committee Member on the Risk Assessment Standard Development Committee for the American Society for Industrial Security - International (ASIS).

Karim also provides forensic security consulting services to insurance companies and the legal profession. In this work, Karim provides litigation support to attorney's and serves as an expert witness in security related lawsuits. As an Adjunct Professor at the University of Houston - Downtown, Karim taught graduate courses in Security Management and Risk Analysis for the College of Criminal Justice's Security Management Program. He has also trained Police and Security Officers in weapons and use of deadly force and profiling and assisted in the development of maritime security training curriculum compliant with ISPS Code and the United States Coast Guard under the Maritime Transportation Security Act. Karim instructs frequently for the International Association of Professional Security Consultants and ASIS-International.

Karim is a member of the International Association of Professional Security Consultants (IAPSC), ASIS-International, the American Society of Criminology (ASC), American Society of Evidence-Based Policing (ASEBP), the International Association of Crime Analysts (IACA), the International Association of Chiefs of Police (IACP), and the International Association for Healthcare Security & Safety (IAHSS). In the past, Karim served as President of the IAPSC, Director for the IAHSS Foundation and Chair of the Evidence-Based Research Committee. Currently, Karim serves on the IAPSC Forensic Committee and chairs the IAPSC's Evidence-Based Security Practices Committee.

**Current Employment**
*Threat Analysis Group, LLC*
President & Independent Security Consultant

- Provide project management services for security deployment, training, engineering and design, and assessments

- Provide security management consulting services including risk assessment methodology development and execution, threat assessments and crime analysis, vulnerability assessments and security surveys

- Provide forensic security consulting

- Develop and maintain CrimeAnalysis™ services and software to determine threat level at client facilities

**Past Employment**
*University of Houston – Downtown*



Adjunct Professor

- Taught graduate courses in Security Management and Risk Analysis for the Security Management Master's Program at the University's College of Criminal Justice.

*Texas One Security*
Operations Manager

- Managed over one hundred security officers and approximately 1400 guard hours at seventeen (17) client sites

- Responsibilities included hiring and training, deployment and scheduling, and conducting performance evaluations for the company's security force

- Ensured that the officer's and the company complied with Texas Private Security Bureau rules and regulations.

*Operational Support Services, Inc.*
Law Enforcement Advisor/Security Consultant

- Provided security consulting services to police departments, private security companies, insurance companies, federal and state government agencies, and the legal profession

- Responsibilities included analyzing client's risk by conducting threat and vulnerability assessments

*North Harris College*
Instructor

- Trained Police and Security Officers in firearms use

- Trained Security Officers on laws, including deadly force and profiling

*Roehling Corporate International Investigations, Inc.*
Private Investigator

- Provided investigative services to the legal profession, insurance companies, and private corporations

- Served on search team for Oklahoma escaped convict Randolph Franklin Dial



**Certifications & Licenses**
Board Certified Security Consultant (CSC)
International Association of Professional Security Consultants (IAPSC)

Board Certified in Security Management (CPP)
American Society for Industrial Security - International (ASIS)

Board Certified Protection Officer (CPO)
International Foundation for Protection Officers

Board Certified Police Firearms Instructor
National Rifle Association of America

**Education & Training**
Master of Science, Criminal Justice Management, Sam Houston State University, August 1998

Bachelor of Science, Criminal Justice (Specialization in Law Enforcement), Sam Houston State University, August 1994

An Analyst's Role in a Homicide Investigation, International Association of Crime Analysts

Certified Protection Officer Course, International Foundation for Protection Officers

Certified Protection Professional Course, American Society for Industrial Security – International

Concealed Handgun Instructor Course, Texas Department of Public Safety

Criminal Profiling in Crime Analysis, International Association of Crime Analysts

Gang Crimes, Montgomery County Sheriff's Department

Identifying and Managing Risky Facilities, International Association of Professional Security Consultants

Identifying Crime and Crash Patterns, Analyst Mastermind Series, International Association of Directors of Law Enforcement

Instructors Course, Texas Commission on Law Enforcement Standards and Education

Introduction to Child Sex Trafficking, National Center for Missing and Exploited Children



Level One Training, Texas Private Security Bureau

Personal Protection and Home Safety Instructor, National Rifle Association of America

Pistol, Rifle and Shotgun Instructor, National Rifle Association of America

Police Firearms Instructor, National Rifle Association of America

**Professional Affiliations**
American Society of Criminology (ASC)

American Society of Evidence-Based Policing (ASEBP)

American Society for Industrial Security - International (ASIS)

Federal Bureau of Investigation (FBI) Infragard

International Association of Chiefs of Police (IACP)

International Association of Crime Analysts (IACA)

International Association for Healthcare Security & Safety (IAHSS)

International Association of Professional Security Consultants (IAPSC)

**Accomplishments**
Chair, Evidence-Based Security Practices Committee, 2022 - Present
International Association of Professional Security Consultants (IAPSC)

Member, Forensic Security Committee, 2004 – Present
International Association of Professional Security Consultants (IAPSC)

Chair, Evidence Based Research Committee, 2015 - 2020
International Association of Healthcare Security and Safety Foundation

Member, Board of Directors, 2013 – 2020
International Healthcare Security and Safety Foundation

Member, Use of Force Best Practice Committee, 2019 – 2020
International Association of Professional Security Consultants (IAPSC)



Technical Committee Member, Enterprise Security Risk Management (ESRM) Guideline, 2019 - 2020
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Officer Selection and Training Guideline, 2017 - 2018
American Society for Industrial Security - International (ASIS)

Member, Security Metrics/Data Task Force, 2016-2019
International Association of Healthcare Security and Safety

Technical Committee Member, Private Security Officer (ANSI Standard), 2015 - 2017
American Society for Industrial Security - International (ASIS)

Member, Board of Directors, 2011 - 2015
International Association of Professional Security Consultants (IAPSC)

Technical Committee Member, Risk Assessment (ANSI Standard), 2013 - 2016
American Society for Industrial Security - International (ASIS)

Chairman, Council on Advocacy, 2011 - 2012
International Association for Healthcare Security & Safety (IAHSS)

Advisory Member, Security Lighting for People, Property, and Critical Infrastructure Guideline (G-1-16), 2011 – 2017
Illuminating Engineering Society of North America (IESNA)

Technical Committee Member, Private Security Company (ANSI Standard), 2012 - 2013
Maturity Model for the Phased Implementation of a Quality Assurance Management System for Private Security Service Providers (PSC.3) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 - 2012
Conformity Assessment and Auditing Management System for Quality of Private Security Company Operations (PSC.2) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 – 2012
Management System for Quality of Private Security Company Operations (PSC.1)
American Society for Industrial Security - International (ASIS)



Technical Committee Member, Physical Asset Protection (ANSI Standard), 2011 - 2012
American Society for Industrial Security - International (ASIS)

Immediate Past President, 2009 - 2011
International Association of Professional Security Consultants (IAPSC)

President, 2008 - 2009
International Association of Professional Security Consultants (IAPSC)

Vice President, 2007 - 2008
International Association of Professional Security Consultants (IAPSC)

Secretary, 2006 - 2007
International Association of Professional Security Consultants (IAPSC)

Member, Board of Directors, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Chairman, Professional Certification Committee, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Member, Private Security Services Council, 2005 – 2006
American Society for Industrial Security - International (ASIS)

Chairman, Certifications Committee, 2004 - 2006
American Society for Industrial Security - International (ASIS) - Houston Chapter

Chairman, By-Laws Committee, 2004
International Association of Professional Security Consultants (IAPSC)

Chairman, Certified Protection Professional Committee, 2002 - 2003
American Society for Industrial Security - International (ASIS) - Houston Chapter

Committee Member, Publications Committee, 2001 - 2002
International Association of Crime Analysts (IACA)

**Publications & Presentations**
Vellani, Karim H. (2023).   "Transitioning to Evidence-Based Security Practices."  ASIS - International.  Houston, TX, November 8, 2023.



Vellani, Karim H. (2023). "Using Evidence-Based Research to Understand and Prevent Crime." Evidence-Based Security Practices Committee, International Association of Professional Security Consultants, January 24, 2023.

Army, Christine, & Vellani, Karim H. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants.

Vellani, Karim H. (2022). "Using Evidence-Based Research to Understand and Prevent Crime." 37th Annual Conference, International Association of Professional Security Consultants, Denver, CO, June 14, 2022.

Vellani, Karim H. (2022). "Assessing Crime Risk." Fundamentals in Forensic Security Consulting, International Association of Professional Security Consultants, Denver, CO, June 13, 2022.

Vellani, Karim H., & Kristof, Tina S. (2022). "Security's Critical Role in Combating Sex Trafficking." Journal of Healthcare Protection Management, Volume 76, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2021). Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime. Sugar Land, TX: Threat Analysis Group, LLC.

Vellani, Karim H. (2021). "Mitigating Security Risks with Evidence-Based Research." Hospital Association of Southern California, November 3, 2021.

Army, Christine, & Vellani, Karim H. (2021). Violent Crime Typology and Continuum. CrimRxiv. https://doi.org/10.21428/cb6ab371.71ec923d

Vellani, Karim H., & Kristof, Tina S. (2021). Identifying and Responding to Sex Trafficking Victims in Healthcare Environments. CrimRxiv. https://doi.org/10.21428/cb6ab371.84ddfc71

Vellani, Karim H. and Tina S. Kristof (2021). "Results of the 2020 Healthcare Crime Survey." Journal of Healthcare Protection Management, Volume 36, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H.; Bryan Warren; Jeff Young (2020). "The Impact of COVID-19 on Healthcare Facilities." International Association of Healthcare Security and Safety, October 28, 2020.

Pompeii, Lisa, Elisa Benavides, Oana Pop, Yuliana Rojas, Robert Emery, George Delclos, Christine Markham, Abiodun Oluyomi, Karim Vellani, Ned Levine (2020). Workplace Violence in Outpatient



Physician Clinics: A Systematic Review. International Journal of Environmental Research and Public Health, 17, 6587.

Vellani, Karim H. (2020).  "Impressing Your Boss: Using the IAHSS Foundation's Crime Survey and Other Foundation Research to Improve Your Program."  International Association of Healthcare Security and Safety, Virtual Conference, September 1, 2020.

Vellani, Karim H. (2020).  "2020 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2019).  Strategic Security Management:  A Risk Assessment Guide for Decision Makers, Second Edition.  Boca Raton, FL: Taylor & Francis CRC Press.

Vellani, Karim H. (2019).  "Evidence, Anecdotes, and Actions:  A Summary of the 2019 Healthcare Crime Survey and other IAHSS Foundation Research." Journal of Healthcare Protection Management, Volume 35, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2019).  "2019 Healthcare Crime Survey."  International Association of Healthcare Security and Safety, Orlando, FL, May 21, 2019.

Vellani, Karim H. (2019).  "How Many Security Officers Do You Need? An Evidence-based Approach to Determining the Industry Average Number of Hospital Security Officers." International Association of Healthcare Security and Safety, Orlando, FL, May 20, 2019.

Vellani, Karim H., Michael S. D'Angelo and Ken Wheatley (2019).  "Vetting Clients:  From First Call Through Final Report." 35th Annual Conference, Miami, FL, International Association of Professional Security Consultants, May 5, 2019.

Vellani, Karim H. (2019).  "2019 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H., Robert J. Emery, Sadie H. Conway, and Lisa A. Pompeii (2019).  "A Refined Model for Estimating the Industry-Average Number of Security Staff for Hospitals." Journal of Healthcare Protection Management, Volume 35, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2018).  "Threat Assessment in the Private Sector: Application of the IAPSC Forensic Methodology Threat Assessment Section Outside of Litigation." 34th Annual Conference, San Diego, California, International Association of Professional Security Consultants, April 30, 2018.



Vellani, Karim H. (2017).  "Violence Against Healthcare Workers:  Persistent Trends and Appropriate Responses."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2017).  "2017 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2016).  "The Battle against Violence in U.S. Hospitals."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2016).  "2016 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2015).  "Arming Security Officers" (Panelist).  International Association of Healthcare Security and Safety, Houston, Texas, November 13, 2015.

Vellani, Karim H. (2015).  "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 6th Edition.  Woburn:  Elsevier.

Vellani, Karim H. (2015).  "Workplace Violence."  Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).  "Security Risk Assessments."  Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."  International Association of Healthcare Security and Safety, St. Louis, MO, May 5, 2015.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H., Robert J. Emery, and Jennifer M. Reingle Gonzalez (2015).  "A Data-Driven Model for Estimating Industry Average Numbers of Hospital Security Staff." Journal of Healthcare Protection Management, Volume 31, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2015).  Foreword to Michael S. D'Angelo's From Police to Security Professional:  A Guide to a Successful Career Transition.  Boca Raton:  CRC Press.



Vellani, Karim H. (2014). "Reducing Violence in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, July 19, 2014.

Vellani, Karim H. (2014). "2014 Healthcare Crime Survey." International Association of Healthcare Security and Safety, San Diego, CA, May 20, 2014.

Vellani, Karim H. (2014). "2014 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2014). "Reducing Violence in Healthcare Facilities." Journal of Healthcare Protection Management, Volume 30, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2013). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Chicago, IL, September 23, 2013.

Vellani, Karim H. (2012). "The Need for Effective Consulting Websites" in Charles A. Sennewald's Security Consulting, 4th Edition. Woburn: Elsevier.

Vellani, Karim H. (2012). "Security Staffing: Madness to Methods to Outcomes." International Association of Healthcare Security and Safety, Houston, Texas, October 12, 2012.

Vellani, Karim H., Norman Bates, and Steve Kaufer (2012). "Security 2012 – The Latest Trends in Crime Analysis, Security Technology and Management Practices for Inadequate Security Litigators." National Crime Victim Bar Association, New Orleans, LA, September 21, 2012.

Vellani, Karim H., Robert J. Emery, and Nathan Parker (2012). "Staffing Benchmarks: How Many Security Officers are Enough?" Journal of Healthcare Protection Management, Volume 28, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2011). "Using Crime Analysis to Solve Problems in 15 Small Steps." Journal of Healthcare Protection Management, Volume 27, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2011). "Crime Analysis: A Framework for Optimizing Security." International Association of Healthcare Security and Safety, Toronto, Ontario, May 24, 2011.

Vellani, Karim H. (2011). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 5th Edition. Woburn: Butterworth-Heinemann.



Vellani, Karim H. with Brian Gouin (2010).  "Security Risk Assessments in the Environment of Care."  American Society of Healthcare Risk Management, Tampa, FL, October 15, 2010.

Vellani, Karim H. (2010).  "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International.  Dallas, TX, October 11, 2010.

Vellani, Karim H. (2010).  "Security Risk Assessments."  Texas Regional Conference, The Woodlands, Texas, International Association of Professional Security Consultants, September 15, 2010.

Vellani, Karim H. (2010) "Crime Analysis for Problem Solving Security Professionals in 25 Small Steps."  Karim H. Vellani.  [Center for Problem Oriented Policing www.popcenter.org].

Vellani, Karim H. (2010).  "Crime Analysis:  Assessing Threats to Optimize Security."  Threat Analysis Group, LLC.  Available via Amazon.com.

Vellani, Karim H. (2010).  "Crime Analysis:  Optimizing Security in Healthcare Facilities."  International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, Karim H. (2010).  "Crime Analysis:  A Framework for Optimizing Security and Assessing Foreseeability."  26th Annual Conference, Savannah, Georgia, International Association of Professional Security Consultants, April 26, 2010.

Vellani, Karim H. (2009).  "Security Risk Assessments."  Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, October 29, 2009.

Vellani, Karim H. (2009).  "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International.  Anaheim, CA, September 20, 2009; Dallas, TX, October 11, 2010; Orlando, FL, September 18, 2011.

Vellani, Karim H. (2009).  "Security Risk Assessments."  Healthcare Security:  Basic Industry Guidelines, January 2009, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2008).  "Data Driven Security."  Security Solutions Series, Threat Analysis Group, LLC.

Vellani, Karim H. (2008).  "Risk Assessments in the Environment of Care."  Wisconsin Healthcare Engineering Association, October 29, 2008.



Vellani, Karim H. (2008). "The Uniform Crime Reporting System" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention: An Encyclopedic Reference. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2008). "Threat Assessment in the Retail Environment" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention: An Encyclopedic Reference. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2007). "Security Risk Assessments." Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, November 14, 2007.

Vellani, Karim H. and Robert E. Owles (2007). "Vulnerability and Risk Assessments in the Environment of Care." Journal of Healthcare Protection Management, Volume 24, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2007). Foreword to Brian Gouin's Physical Security Consulting. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2007). "The Gentle Art of Threat Assessment." Journal of Healthcare Protection Management, Volume 23, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2006). "Crime Analysis" in John J. Fay's Encyclopedia of Security Management: Techniques and Technology, 2nd Edition. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2006). "Security Risk Assessments in the Environment of Care." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, Karim H. (2006). Strategic Security Management: A Risk Assessment Guide for Decision Makers. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2006). "Strategic Security Management: Risk Assessments in the Environment of Care." Journal of Healthcare Protection Management, Volume 22, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2005). "Certified Security Consultant." Successful Security Consulting Seminar, International Association of Professional Security Consultants. Orlando, FL, September 10, 2005.



Vellani, Karim H. (2005).  "Crime and Foreseeability Analysis." The Sentry.  American Society for Industrial Security - International: Houston Chapter.  June, 2005.

Vellani, Karim H. (2004).  "Crime and Foreseeability Analysis." The Independent Security Consultant.  International Association of Professional Security Consultants.  Fall, 2004.

Vellani, Karim H. and Charles A. Sennewald (2004).  Consultants as a Protection Resource, Protection of Assets Manual.  Alexandria: ASIS International.

Vellani, Karim H. (2004).  "The Business Plan." Successful Security Consulting Seminar, International Association of Professional Security Consultants.  Dallas, TX, September 25, 2004; Carefree, AZ, May 7, 2006; San Diego, CA, September 24, 2006.

Vellani, Karim H. (2004).  "Writing Effective Proposals" International Association of Professional Security Consultants.  Newport Beach, CA, April 27, 2004.

Vellani, Karim H. (2004).  "Boosting Performance and Morale."  Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2004).  "Achieving Return on Investment from Crime Analysis."  Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2003).  "Security Solutions for Strip Shopping Centers."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003).  "Security Solutions for Grocery Stores."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. and Mark Batterson (2003).  "Security Solutions for Banks."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003).  "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 4th Edition.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2002).  "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program."  Security Business Practices Reference, Volume 5, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2002).  "Crime Analysis in the Medical Environment."  Workplace Safety Seminar, School of Public Health, University of Texas Health Science Center, December 2, 2002.



Vellani, Karim H. (2002). "Risk Analysis" University of Houston - Downtown. CJ 5360: Security and Crisis Management: Theories and Practices, April 8, 2002.

Vellani, Karim H. (2002). "Crime Analysis Literature: What We Have and Where We Are Going." Forecaster, International Association of Crime Analysts, Spring 2002.

Vellani, Karim H. (2001). "Rape Zones: Are Some Neighborhoods More Prone To Sexual Assault?" KHOU 11, Houston, Texas. Aired November 25, 2001.

Vellani, Karim H. (2001). "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program." 47th Annual Seminar & Exhibit, San Antonio, Texas, American Society for Industrial Security, October 1, 2001.

Vellani, Karim H. (2001). "Don't Let Your Guard Down." Security Management, American Society for Industrial Security, October 2001. Edited extensively by Security Management editors.

Vellani, Karim H. (March 29, 2000). "Convenience Store Security." Presented to Pakistan Association of Greater Houston (PAGH).

Vellani, Karim H. and Joel D. Nahoun (2001). Applied Crime Analysis. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2000). "Security + Service = Satisfaction: The Perks of Private Security." Journal of Property Management, Institute of Real Estate Management, May/June 2000.

Vellani, Karim H. (1999). "Crime Stoppers." Journal of Property Management, Institute of Real Estate Management, September/October 1999.

Vellani, Karim H. (1998). "Management Ideas for Preventing Crime: An Analysis of Liability, Site-Specific Crime Prevention, Crime Prevention Through Environmental Design, and Violence Escalation." Sam Houston State University, Huntsville, Texas.



**APPENDIX B:  Forensic Methodology**





Best Practices

# FORENSIC METHODOLOGY

Rev. 9/27/2023

## TABLE OF CONTENTS

POSITION STATEMENT.................................................................................. 3

EVIDENCE REVIEW— THE PROCESS .......................................................... 4

RISK ASSESSMENT ...................................................................................... 5

THREAT ASSESSMENT ................................................................................. 5

VULNERABILITY ASSESSMENT/ SECURITY SURVEY ................................ 6

ANALYSIS AND OPINIONS ........................................................................... 8

BIBLIOGRAPHY/REFERENCES .................................................................... 9

FORENSIC SECURITY COMMITTEE MEMBERS........................................ 12

NON-MEMBER CONTRIBUTORS ............................................................... 12

CASES CITING METHODOLOGY................................................................ 13

DOCUMENT REVISION HISTORY.............................................................. 14

ABOUT THE IAPSC..................................................................................... 15

**The International Association of Professional Security Consultants has issued this consensus-based and peer-reviewed Best Practice for the guidance of and voluntary use by businesses and individuals who deal or may deal with the issues addressed in the context of third-party premises security litigation, and other security-related cases where the methodology would be helpful.**


## POSITION STATEMENT

The International Association of Professional Security Consultants does hereby recognize that its members will be called upon to perform as "Forensic Consultants" and serve as Expert Witnesses in a court of law or other legal proceeding. The purpose of these guidelines is to meet the need for a standardized methodology used in the evaluation of premises security cases.

It is recognized that the task of the Forensic Consultant is one of education. Forensic Consultants will provide their opinion(s) to the client, to opposing counsel during deposition, in response to written interrogatories, in reports, and to the judge and jury at trial or any other lawfully convened hearing. This is done with the goal of making others aware of the security issues and contributing to a just and proper conclusion on the litigation.

The responsibility of the Forensic Consultant lies within our system of justice and the ethics of the security profession. The opinions so offered are made as an objective expert witness/consultant, without any financial or other interest in the outcome of the litigation.

Forensic Consultants will, at all times, be forthright, honest, and precise in evolving the ultimate conclusion(s) and opinion(s). The opinion(s) will be the result of a review of all available, applicable documentation and discovery material presented by all parties to the litigation. Site inspections and analytical procedures generally followed by the Forensic Consultant are described in these guidelines.

The following methodology is to be used in atypical premises security case, including crimes committed by employees; workplace violence; negligent hiring, supervision and retention; negligent training; use of force; invasion of privacy; wrongful arrest and/or imprisonment; wrongful prosecution; and other security-related cases.

The Forensic Consultant is expected to exercise diligence in requesting and/or obtaining information that the Consultant reasonably believes is relevant to the facts and circumstances of the case.

*It is reasonable to expect variations of the steps, with some steps deleted and others added as the facts and circumstances of the case being analyzed warrant.*

## EVIDENCE REVIEW— THE PROCESS

In the context of this Guideline, the Forensic Consultant will review and analyze various information, whether produced during the discovery process of the litigation or otherwise obtained through research, common knowledge, investigation, and/or the consultant/expert's experience which allows the Consultant to identify factors leading to an understanding of the crime risks present at the time of the criminal event.

Types of evidence generally available to the Forensic Consultant may include, if relevant, to the following:

1. Complaint/Petition and Pleadings

2. Police Report of the subject incident

3. Site and Immediate Vicinity Crime History, including police and security incident reports

4. Interrogatories and Responses

5. Requests for Production of Documents and Responses, discovery motions

6. Requests for Admissions and Responses

7. Affidavits, Witness Statements, and Interviews

8. Depositions with exhibits

9. Expert Witness Reports and depositions

10. Applicable Medical Records Relating to the Facts of the Incident

11. Photographs, Video and Audio Recordings, etc.

12. Other Related Evidence (e.g., prosecutors file, if available, criminal trial transcript, employee HR files, etc.)

13. Site Plans

14. Applicable standards, codes, and regulations

15. Publications related to the standard of care

16. Lighting plans/diagrams

17. Relevant policies and procedures

18. Security staffing, plans, manuals, post orders and schedules

19. Security services contracts in effect on date of loss

20. Agreements with other security service providers (e.g., off-duty police officers)

21. Background search results of employees/workers

## RISK ASSESSMENT

A risk assessment is the general process of identifying relevant risks, given the facts of the case. It is a qualitative, quantitative, or hybrid assessment that seeks to determine the likelihood that criminals could successfully exploit a vulnerability or compromise a security countermeasure.

There are two main components to a risk assessment: a threat assessment and a vulnerability assessment. The threat assessment is an evaluation of the various sources for crime threats. The vulnerability assessment includes an evaluation of the physical aspects of the facility and an analysis of the overall security program as it relates to the specific facts of the case.

The security survey, along with documented evidence, is the means by which security measures utilized and/or available at the facility at the time of the incident that is the subject of the litigation are identified and analyzed.

A risk assessment provides the foundation for effectively determining the adequacy of countermeasures employed.

## THREAT ASSESSMENT

A threat assessment is an evaluation of events that can adversely affect operations and/or specific assets. Historical information is a primary source for threat assessments, including past criminal and terrorist events. A threat assessment considers actual and inherent threats.

1. Actual Threats - The crime history at the subject property based on data reflecting actual crime data.[1] Actual threats are a quantitative element of a threat assessment. When assessing actual threats, the following may be considered as deemed relevant by the security

---

[1] Depending on the police jurisdiction that serves the subject property, different types of crime records may be available. The most common type of crime record used in a crime risk analysis is Calls for Service or dispatch logs. It is important to note that Calls for Service or dispatch log accuracy varies by jurisdiction. Further, changes to incident management and dispatch systems may also impact accuracy even within the same jurisdiction. When assessing relevant crimes, Calls for Service and dispatch logs should not be used alone. Offense/Incident Reports are necessary to validate the Calls for Service or dispatch logs, specifically the crime type, crime location, and whether a crime actually occurred. Calls for service or dispatch logs alone, in many jurisdictions, are insufficient for these three elements.

expert:

    a. Relevant crimes on the subject property for a three to five-year period prior to the date of the incident.

    b. Relevant crimes in the immediate vicinity of the subject property for a three to five-year period prior to the date of the incident. [Note: There is no single definition of what constitutes an "immediate vicinity" or "neighborhood" around a given property. Often what is available for evaluation from a law enforcement agency depends upon that agency's software programming and/or staff capabilities (e.g., the agency can only provide data for a set size of an area, such as a quarter mile radius).] [2]

    c. The expert may consider the relationship between offenders and victims (e.g. interpersonal, domestic, targeted, etc.).

2. Inherent Threats –The crime risk at the subject property as determined by the expert based on the property's characteristics, the expert's research and/or experience in similar environments, information gathered through the discovery process, and/or a site inspection (if conducted).

## VULNERABILITY ASSESSMENT/ SECURITY SURVEY

The vulnerability assessment is an analysis of security weaknesses and opportunities for criminal activity. A security survey is a method for collecting information used in the vulnerability assessment.

A security survey may include a physical survey of the scene of the incident and areas/functions that are applicable to the incident to achieve an understanding of information that has potential application to the matter in litigation.

The following areas of review are not meant to be all inclusive, nor all exclusive. The decision to review the material is at the judgment/discretion of the expert.

1. Incident Review

    a. Police incident and investigation report(s)

    b. Security incident report(s)

    c. Medical records (emergency room and/or autopsy as it relates to information about the

---

[2] The IAPSC recognizes that criminology studies and related research have generally found that crime in the area may not be relevant to the subject property.

occurrence of the incident)

    d.  Other sources of information about how the incident occurred (e.g., witness statements testimony, etc.)

2.  Site Inspection - Inspect site where the incident occurred and the surrounding area, if relevant. *(Note: Not all cases will require site inspections, nor is it always possible to conduct site views—e.g., if the site has been altered substantially or no longer exists.) Further, the facts of some cases and potential liability issues are not related to the site/property layout, design, or other physical attributes. As such, a site inspection may be unnecessary.*

    a.  Determine layout of the premises

    b.  Evaluate relevant factors (lighting, lines of sight, places of concealment, remoteness, accessibility, security measures, conditions, etc.)

    c.  Review relevant documentation (lease, contract, diagram, map, etc.)

    d.  Assess the characteristics of the surrounding area and what impact, if any, those characteristics may have had on the subject property

3.  Security Personnel

    a.  Review security officer(s) (including off- duty law enforcement officers) actions, staffing levels, post orders, duty hours, equipment provided, tours, evaluations, training, hiring procedures and supervision

    b.  Review law enforcement presence and actions (e.g., on-duty, police details, etc.)

    c.  Review roles and actions of non-security related persons who may have participated in the security program and/or incident

    d.  Assess the qualifications and performance of owner/management personnel overseeing the security program

4.  Security Management Program

    a.  Review management and security related policies, procedures, and practices

    b.  Review any risk assessments performed prior to the date of the incident

    c.  Review daily activity reports, job descriptions, incident reports and internal correspondence

    d.  Review security services contract

    e.  Review training manuals and materials

    f.  Review depositions regarding employees' understanding of their duties, and all customs and undocumented practices

    g.  Evaluate the qualifications, training, and experience of security management and supervisory personnel

5.  Security Equipment

    a.  Review building design and site plans

    b.  Inspect all security devices related to the incident

    c.  Inspect structural security features related to the incident

    d.  Determine the position, function and maintenance status of the relevant security equipment and features in place at the time of the incident

    e.  Determine levels of illumination, if relevant

## ANALYSIS AND OPINIONS

The security expert will determine the level of adequacy of security at the location of the incident on the date and at the time the incident occurred. This will be based on the information obtained in the previous steps, and the application of a qualitative analysis based on the experience, education, and training of the expert.

Based upon the analysis, the expert will reach conclusions on the issues of risk analysis, preventability, and the adequacy of the security program at the subject property. At this point the expert has formed opinions and is prepared to provide a written report, be deposed, and/or testify at trial. Those opinions will state the detailed basis for the findings, including evidence, standards, best practices, and guidelines, where applicable.

## BIBLIOGRAPHY/REFERENCES

The process of evaluating the risk of crime at a specific location or geographical area is widely recognized and has been adopted nationwide by private industry, public law enforcement, municipalities, and other governmental agencies. The following published sources reference the process used to perform a crime risk analysis. *This is not all-inclusive, but a representative sampling of available references.*

This bibliography is not to be construed in any way as an endorsement by the International Association of Professional Security Consultants of the publications or the respective authors.

ASIS International (2003). General Security Risk Assessment Guideline. Alexandria, VA.

Bates, Norman D. (1997). "Foreseeability of Crime and Adequacy of Security," Accident Prevention Manual for Business & Industry, Security Management, National Safety Council.

Bates, Norman D. and Danielle A. Frank (2010). "Premises Security Experts and Admissibility Considerations Under Daubert and Kumho: A Revised Standard," Suffolk Journal of Trial and Appellate Advocacy, June 2010.

Broder, James F. and Tucker, Eugene (2012). Risk Analysis and the Security Survey, 4th Edition. Boston, MA: Butterworth-Heinemann.

Bureau of Justice Statistics (2015). Stranger and non-stranger crime.

Caplan, Joel M., and Leslie W. Kennedy (2016)."Risk Terrain Modeling: Crime Prediction and Risk Reduction." Jackson, TN: University of California Press.

Clarke, Ronald V., & Eck, John E. (2007). "Understanding Risky Facilities. Problem Specific Guide Series. Washington, DC: Office of Community Oriented Policing," U.S. Department of Justice.

Crowe, Timothy D. and Fennelly, Lawrence (2013). Crime Prevention Through Environmental Design, 3rd Edition. National Crime Prevention Institute, Boston, MA: Butterworth-Heinemann.

Department of the Navy, Naval Facilities Engineering Command, (1983). Physical Security Design Manual 13.1, Washington, DC: Government Printing Office.

Eck, John E. and Weisburd, David (1995). Crime and Place. Monsey, NY: Criminal Justice Press (Police Executive Research Forum).

Eck, John E., Clarke, Ronald V., and Guerette, Rob T. (2007), "Risky Facilities: Crime Concentration in Homogeneous Sets of Establishments and Facilities" in Farrell, Graham et al, ed. Imagination for Crime Prevention, Crime Prevention Studies, Volume 21, Monsey, NY: Criminal Justice Press.

Eck, John E, & Weisburd, David (Eds.). (1995)."Crime and Place. Crime Prevention Studies" 4. Monsey, NY: Criminal Justice Press.

Eck, John E., Shannon J. Linning , Tamara D. Herold (2023). Place Management and Crime: Ownership and Property Rights as a Source of Social Control. SpringerBriefs in Criminology.

Gottlieb, Stephen, Sheldon Arenberg, and Raj Singh (1998). Crime Analysis: From First Report to Final Arrest. Montclair, CA: Alpha Publishing.

International Association of Crime Analysts (2009). Exploring Crime Analysis. 2nd Edition. Overland Park, KS: Book Surge Publishing.

Madensen, Tamara D. and John E. Eck (2013). "Crime Places and Place Management" in Cullen, F. T., & Wilcox, P. The Oxford Handbook of Criminological Theory. New York, NY: Oxford University Press.

Miethe, Terance D. and Richard McCorkle (2005). Crime Profiles: The Anatomy of Dangerous Persons, Places, and Situations. 3rd Edition. Los Angeles: Oxford University Press.

National Crime Prevention Institute (2001). Understanding Crime Prevention, Boston, MA: Butterworth-Heinemann.

Sennewald, Charles A. (2015). Effective Security Management. 6th Edition. Woburn: Butterworth- Heinemann.

Sennewald, Charles A. (2012). Security Consulting. 4th Edition. Woburn: Butterworth-Heinemann.

U.S. Army Corps of Engineers (1990). Security Engineering Manual, Missouri River Division/Omaha District.

Federal Bureau of Investigation. (2004). Uniform crime reporting handbook. U.S. Department of Justice.

 U.S. Department of Justice (1995). "Vulnerability Assessment of Federal Facilities," Washington, DC: Government Printing Office.

Vellani, Karim H. (2020). Strategic Security Management: A Risk Assessment Guide for Decision Makers. 2nd Edition CRC Press.

Vellani, Karim H. (2021).  Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime. Sugar Land, TX: Threat Analysis Group, LLC.

Weisburd, David, Elizabeth Groff, and Sue-Ming Yang. (2012), The Criminology of Place: Street Segments and Our Understanding of the Crime Problem. Oxford: Oxford University Press.

Weisburd, David, et al. (2016), Place Matters: Criminology for the Twenty-First Century. Cambridge: Cambridge University Press.

**FORENSIC SECURITY COMMITTEE MEMBERS**

Norman D. Bates, Esq., Committee Chairman
President, Liability Consultants, Inc.

William J. Birks Jr., CPP, CSC
William J. Birks Jr. & Associates

Chad Callaghan, CPP, CSC, CLSD
Premises Liability Experts, LLC

James H. Clark, CPP
Clark Security Group, LLC

Michael S. D'Angelo, CPP, CSC, CHPA
Secure Direction Consulting, LLC

Lance Foster, CPP, CSC
Security Associates, Inc.

Karim Vellani, CPP, CSC
Threat Analysis Group, LLC

Vince Vittatoe, CPP, CSC, CPTED
Vittatoe Consulting, LLC

Ken Wheatley, MA, CPP
Royal Security Group, LLC

Alan W. Zajic, CPP, CSP
AWZ Consulting

NON-MEMBER CONTRIBUTORS

Steve Kaufer, CPP
Inter/Action Associates

## CASES CITING METHODOLOGY

Hawkins v. Cypress Point Apartments, et al 2021 WL 6803719 (S.D. MS 2/12/21)

Doe v. AE Outfitters Retail Co., No. WDQ-14-508, 2015 WL 9255325 (D. Md. Dec. 17, 2015)

Hopkins v. Nat'l R.R. Passenger Corp., No. 08CV2965NGGRML, 2015 WL 13741721 (E.D.N.Y. Aug. 20, 2015)

Robles del Valle v. Vornado Realty Tr., No. CV 06-1818 (JAG), 2009 WL 10680876 (D.P.R. July 8, 2009)

Childress v. Kentucky Oaks Mall Co., No. 5:06CV-54-R, 2007 WL 2772299 (W.D. Ky. Sept. 20, 2007)

Birge ex rel. Mickens v. Dollar Gen. Corp., No. 04-CV-2531 (TMP)


Case citations are added as cases come to the attention of the IAPSC Forensic Security Committee.  Other cases may exist which address the Forensic Methodology.

**DOCUMENT REVISION HISTORY**

Initial Release: June 2000 approved by the IAPSC membership in attendance at the annual meeting.

Revised: May 2, 2005 with approval by the IAPSC membership in attendance at the annual meeting.

Revised: November 2008 with approval of the Board of Directors.

Revised: November 2011 by Forensic Security Committee – minor formatting changes and addition of "Premises Security Experts…" article to bibliography.

Revised: April 28, 2014 with approval of IAPSC Forensic Security Committee – addition of language to Actual Crime section: "Relevant crimes in the immediate vicinity of the facility (three to five years prior to the date of the incident) *as defined by and deemed relevant by the security expert.*"

Revised: January 19, 2018 with approval by the Board of Directors.

Revised: December 2, 2020 by Forensic Security Committee – clarification of "security-related" cases covered by the Methodology and types of evidence available to the Forensic Consultant. Updated list of committee members.

Revised: September 25, 2023 by Forensic Security Committee – added cases citing methodology and references, revised formatting. Updated list of committee members.

## ABOUT THE IAPSC

Founded in 1984, the International Association of Professional Security Consultants (IAPSC) is a widely recognized and respected association committed to establishing and maintaining the highest standards for security consultants in the industry.

IAPSC members are independent, non- product affiliated consultants who are required to meet strict educational, experience, and practice requirements, ensuring that they uphold the IAPSC code for professionalism and ethical conduct. For more information, to find an IAPSC security consultant, or to become a member of the association, visit www.iapsc.org.