## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| WYTERRIA SIMS, INDIVIDUALLY, AND MARCUS CHATMAN, O/B/O THE ESTATE OF MARCUS SIMS, | ) ) ) ) ) | CIVIL ACTION FILE NO. |
| | ) | **1:22-cv-01696-VMC** |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | |
| WINGATE MANAGEMENT COMPANY, LLC, | ) ) ) | |
| DEFENDANT. | ) | |

## INDEX OF EXHIBITS ATTACHED TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT

| Exhibit 1 | Wingate 30(b)(6) Deposition Cynthia Bianco Vol. I |
|---|---|
| Exhibit 2 | Wingate 30(b)(6) Deposition Cynthia Bianco Vol. II |
| Exhibit 3 | Rod Teachey Deposition (Bedford Pines Chief Development Officer) |
| Exhibit 4 | Jim Tate Deposition (Bedford Pines Security Manager) |
| Exhibit 5 | Devin Bean Deposition (Wingate Risk Manager) |
| Exhibit 6 | Primary Problem Area Map |
| Exhibit 7 | Alanna Robinson Deposition (Bedford Pines Property Manager) |
| Exhibit 8 | Dr. Jane Gray Report (Plaintiffs' Security Expert) |
| Exhibit 9 | Jon Groussman Deposition (Wingate Security Expert) |
| Exhibit 10 | APD Officer Jones Deposition |
| Exhibit 11 | Charles Ahmad Deposition (Plaintiffs' Security Expert) |
| Exhibit 12 | Elizabeth Dumbaugh Deposition (Plaintiffs' Rebuttal Security Expert) |
| Exhibit 13 | Karim Vellani Deposition (Wingate Security Expert) |
| Exhibit 14 | APD Lieutenant Little Deposition |

| Exhibit 15 | Tanya Weeks Gibson Deposition |
|---|---|
| Exhibit 16 | Dr. Jane Gray Deposition (Plaintiffs' Security Expert) |
| Exhibit 17 | Stephanie Lewis Deposition (Food Vendor at Bedford Pines) |
| Exhibit 18 | Stephanie Lewis Errata Sheet |
| Exhibit 19 | Stephanie Lewis Affidavit |
| Exhibit 20 | APD Incident Report re June 30, 2020 Shooting |
| Exhibit 21 | Charles Ahmad Report (Plaintiffs' Security Expert) |
| Exhibit 22 | Elizabeth Dumbaugh Report (Plaintiffs' Security Expert) |
| Exhibit 23 | Order denying summary judgment in *Viergina Alexis, et al. v. Riverstone Residential SE, LLC, et al.*, Civ. No. 14-A-52296-5 (State Court of DeKalb County, May 11, 2017) |
| Exhibit 24 | Video from Bedford Pines neighbor showing assailants' vehicle near Bedford Pines one hour before June 30, 2020 shooting |
| Exhibit 25 | Marcus Sims Death Certificate |
| Exhibit 26 | Tamanika Woods Affidavit |
| Exhibit 27 | Marcus Chatman Deposition |
| Exhibit 28 | Wyterria Sims Deposition |
| Exhibit 29 | Photographs of Marcus Sims's Basketball Gear |
| Exhibit 30 | Demario Newton Deposition |
| Exhibit 31 | Ricky Phillips Deposition |
| Exhibit 32 | Kenneth Long Deposition |
| Exhibit 33 | Keiontay Davis Deposition |
| Exhibit 34 | Email and video regarding June 23, 2020 drive-by shooting towards 639 Parkway |
| Exhibit 35 | Wingate 30(b)(6) Dep. Young |
| Exhibit 36 | Kenneth Long Declaration |
| Exhibit 37 | Ricky Phillips Declaration |
| Exhibit 38 | Demario Newton Declaration |
| Exhibit 39 | Keiontay Davis Declaration |

Respectfully submitted this 30th day of December, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
Oto U. Ekpo
Georgia Bar No. 327088
Gabriel E. Knisely
Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(P) 404-658-9070
(F) 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com
gabe@finchmccranie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 30th day of December, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(P) 404-658-9070
(F) 404-688-0649
david@finchmccranie.com

*Attorney for Plaintiffs*