## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WYTERRIA SIMS, )
INDIVIDUALLY, AND MARCUS )
CHATMAN, O/B/O )
THE ESTATE OF MARCUS )    CIVIL ACTION FILE NO.
SIMS, )
          )    **1:22-cv-01696-VMC**
     **PLAINTIFFS,** )
          )
**v.** )
          )
WINGATE MANAGEMENT )
COMPANY, LLC, )
          )
     **DEFENDANT.** )

## PLAINTIFFS' NOTICE OF FILING DISCOVERY

COMES NOW Plaintiffs Wyterria Sims, Individually, and Marcus Chatman, o/b/o The Estate of Marcus Sims and, pursuant to Local Rule 56.1(C), files the following exhibits with the Court in support of their Response in Opposition to Defendant's Motion for Summary Judgment and Memorandum in Support filed contemporaneously herewith:

| Exhibit 1 | Wingate 30(b)(6) Deposition Cynthia Bianco Vol. I |
| Exhibit 2 | Wingate 30(b)(6) Deposition Cynthia Bianco Vol. II |
| Exhibit 3 | Rod Teachey Deposition (Bedford Pines Chief Development Officer) |
| Exhibit 4 | Jim Tate Deposition (Bedford Pines Security Manager) |
| Exhibit 5 | Devin Bean Deposition (Wingate Risk Manager) |
| Exhibit 7 | Alanna Robinson Deposition (Bedford Pines Property Manager) |
| Exhibit 9 | Jon Groussman Deposition (Wingate Security Expert) |

| Exhibit 10 | APD Officer Jones Deposition |
| Exhibit 11 | Charles Ahmad Deposition (Plaintiffs' Security Expert) |
| Exhibit 12 | Elizabeth Dumbaugh Deposition (Plaintiffs' Rebuttal Security Expert) |
| Exhibit 13 | Karim Vellani Deposition (Wingate Security Expert) |
| Exhibit 14 | APD Lieutenant Little Deposition |
| Exhibit 15 | Tanya Weeks Gibson Deposition |
| Exhibit 16 | Dr. Jane Gray Deposition (Plaintiffs' Security Expert) |
| Exhibit 17 | Stephanie Lewis Deposition (Food Vendor at Bedford Pines) |
| Exhibit 27 | Marcus Chatman Deposition |
| Exhibit 28 | Wyterria Sims Deposition |
| Exhibit 30 | Demario Newton Deposition |
| Exhibit 31 | Ricky Phillips Deposition |
| Exhibit 32 | Kenneth Long Deposition |
| Exhibit 33 | Keiontay Davis Deposition |
| Exhibit 35 | Wingate 30(b)(6) Dep. Young |

Respectfully submitted this 30th day of December, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
Oto U. Ekpo
Georgia Bar No. 327088
Gabriel E. Knisely
Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(P) 404-658-9070
(F) 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com
gabe@finchmccranie.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing pleading has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(P) 404-658-9070
(F) 404-688-0649
david@finchmccranie.com

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 30th day of December, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(P) 404-658-9070
(F) 404-688-0649
david@finchmccranie.com

*Attorney for Plaintiffs*