# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **WYTERRIA SIMS,** ) | |
| **INDIVIDUALLY, AND MARCUS** ) | |
| **CHATMAN, O/B/O** ) | |
| **THE ESTATE OF MARCUS** ) | |
| **SIMS,** ) | |
| ) | |
| **PLAINTIFFS,** ) | **CIVIL ACTION FILE NO.** |
| ) | |
| **v.** ) | **1:22-cv-01696-VMC** |
| ) | |
| **WINGATE MANAGEMENT** ) | |
| **COMPANY, LLC,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## JOINT REPORT OF CONFERENCE

Counsel for Plaintiff and Defendant in cases 1:22-cv-001692-VMC, 1:22-cv-001693-VMC, 1:22-cv-001694-VMC, 1:22-cv-001695-VMC, and 1:22-cv-001696-VMC have conferred regarding a schedule for mediations and trials of these civil actions. The parties have agreed to mediate each of these cases on November 24, 2025 with the Honorable Gino Brogdon, Sr. The parties have further agreed to notify the Court as to the status of these cases within seven (7) days of the same mediations. If any of the actions are not resolved at the mediations, then the parties will submit a proposed schedule for the trials of any of the same actions, to include the proposed deadline to submit the consolidated pre-trial order.

Stipulated and agreed to this 16th day of October, 2025.

| ***/s/ Lee Clayton*** | ***/s/ David H. Bouchard*** |
|---|---|
| Lee Clayton | David H. Bouchard |
| Georgia Bar No. 601004 | Georgia Bar No. 712859 |
| Marsh Atkinson & Brantley | Finch McCranie, LLP |
| 271 17th Street NW | 229 Peachtree Street, NE |
| Suite 1600 | Suite 2500 |
| Atlanta, Georgia 30363 | Atlanta, Georgia 30303 |
| Phone: 404-282-5050 | Phone: 404-658-9070 |
| lee.clayton@mablawfirm.com | david@finchmccranie.com |

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

                                        Respectfully submitted,

                                        */s/ David H. Bouchard*
                                        David H. Bouchard
                                        Georgia Bar No. 712859
                                        *Counsel for Plaintiff*

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile
david@finchmccranie.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 16th day of October, 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
*Counsel for Plaintiff*

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070
(404) 688-0649 (fax)
david@finchmccranie.com